CO-386
10/2018

# United States District Court
# For the District of Columbia

PROTECT DEMOCRACY PROJECT )
)
)
)
) Plaintiff )
vs )      Civil Action No._____
)
U.S. OFFICE OF MANAGEMENT & )
BUDGET, et al. )
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Protect Democracy Project_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Protect Democracy Project_____ which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

___/s/ Daniel F. Jacobson_____
Signature

_1016621_____
BAR IDENTIFICATION NO.

Daniel F. Jacobson_____
Print Name

1629 K Street NW, Suite 300_____
Address

Washington, DC 20006_____
City            State            Zip Code

301-823-1148_____
Phone Number