UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. OFFICE OF MANAGEMENT & BUDGET et al.,<br><br>Defendants. | Case No. 1:25-cv-01111 |

**NOTICE OF SERVICE OF COMPLAINT ON U.S. ATTORNEY'S OFFICE**

Undersigned counsel for Plaintiff Protect Democracy Project hereby notifies the Court that a copy of the Complaint and Summons has been delivered to the U.S. Attorney's Office for the District of Columbia. *See* Ex. 1 (USPS Delivery Confirmation).

Dated: April 21, 2025

/s/ *Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar # 1016621)
Kyla M. Snow*
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington DC, 20006
(301) 823-1148
dan@jacobsonlawyersgroup.com

* Not admitted in the District of Columbia.
Practiced limited to matters before U.S. courts.
(admitted *pro hac vice*)

*Counsel for Plaintiff*

1