# Exhibit 1

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9402130109355000261908

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:16 am on April 21, 2025 in WASHINGTON, DC 20530 by JUSTICE 20530. The item was signed for by K JERNIGFN.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
April 21, 2025, 5:16 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

Text & Email Updates                                                ⌄

Proof of Delivery                                                    ⌄

USPS Tracking Plus®                                                  ⌄

Product Information                                                  ⌄

See Less ⌃