UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> U.S. OFFICE OF MANAGEMENT & BUDGET et al., <br><br> Defendants. | Case No. 1:25-cv-01111 |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Protect Democracy Project ("Protect Democracy") hereby submits this response to the Court's April 21, 2025 Order to Show Cause. Given the overlapping nature of the claims at issue in this case and *CREW v. OMB*, No. 25-cv-1051, Protect Democracy has no objection to coordinating the proceedings in the two cases. Protect Democracy also consents to the two cases being consolidated, but in such instance Protect Democracy respectfully requests that it remain able to submit its own separate motions and briefing. Protect Democracy is planning to file a motion by tomorrow, April 22, 2025, seeking expedited summary judgment or in the alternative a preliminary injunction or a writ of mandamus, and Protect Democracy is prepared to participate in expedited proceedings on that forthcoming motion on the schedule the Court entered in *CREW v. OMB*.

While the claims in this case and in *CREW v. OMB* substantially overlap, they are also distinct in several ways. For instance, Protect Democracy raises several Administrative

1

Procedure Act, *ultra vires*, and mandamus claims that Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") does not raise. CREW also raises a Paperwork Reduction Act claim that Protect Democracy does not raise here. In addition, Protect Democracy's principal request in its forthcoming motion is a grant of expedited summary judgment, while CREW's principal request appears to be a preliminary injunction.

Protect Democracy also suffers injuries related to Defendants' unlawful conduct that are distinct from CREW's. As alleged in Protect Democracy's Complaint, and as will be explained further in its forthcoming motion and supporting declarations, Protect Democracy maintains a website (OpenOMB.org) dedicated to making OMB's public apportionment documents more accessible and usable to members of Congress and the public. Protect Democracy had been updating this website with new apportionment information daily until Defendants ceased posting apportionments publicly as required by statute. Protect Democracy's forthcoming motion thus will provide the Court with important information relevant to Protect Democracy's own injuries that are distinct from those suffered by CREW.

Therefore, Protect Democracy respectfully submits that, while the cases are well suited to be resolved in consolidated proceedings, the parties should be permitted to submit separate briefing addressing each of the claims raised in their Complaints.

Regarding service, service was received by the U.S. Attorney's Office for the District of Columbia this morning, April 21, 2025, at 5:16 AM. *See* Ex. 1 (USPS Delivery Confirmation). USPS tracking information notes that the mailed copies of the Complaint and Summons will be delivered to the Attorney General today. According to USPS, a copy of the Complaint and Summons could not be delivered to OMB today because the building is closed. Protect Democracy expects the copies of the Complaint and Summons to be delivered to OMB and

Vought as soon as the building re-opens. In addition, Protect Democracy will today email a copy of this response and the Complaint to Government counsel of record in *CREW v. OMB*.

Dated: April 21, 2025                    */s/ Daniel F. Jacobson*                .
                                                          Daniel F. Jacobson (D.C. Bar # 1016621)
                                                          Kyla M. Snow*
                                                          JACOBSON LAWYERS GROUP PLLC
                                                          1629 K Street NW, Suite 300
                                                          Washington DC, 20006
                                                          (301) 823-1148
                                                          dan@jacobsonlawyersgroup.com

                                                          * Not admitted in the District of Columbia.
                                                          Practiced limited to matters before U.S. courts.
                                                          (admitted *pro hac vice*)

                                                          *Counsel for Plaintiff*