# Exhibit 1

# USPS Tracking®

FAQs >

**Tracking Number:**

# 9402130109355000261908

Remove ✕

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:16 am on April 21, 2025 in WASHINGTON, DC 20530 by JUSTICE 20530. The item was signed for by K JERNIGFN.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
April 21, 2025, 5:16 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates** ⌄

**Proof of Delivery** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃