IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:25-cv-01111-EGS |

**<u>DEFENDANTS' RESPONSE TO PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE</u>**

Pursuant to the Court's order of April 21, 2025, Defendants Office of Management and Budget and its Director provide its response the Court's Order to Show Cause entered in this case.

Pursuant to the Court's order of April 21, 2025, Defendants Office of Management and Budget and its Director provide its response to the Court's Order to Show Cause as to why the instant case should not be consolidated with *Citizens for Responsibility and Ethics in Washington v. OMB,* et al., No. 1:25-cv-01051-EGS.

Defendants recognize that there are some common issues of fact and law between the two cases. Defendants do not oppose consolidation so long as their interests are adequately protected, given the different procedural postures of the cases and the emergency motions practice anticipated in both cases. On April 18, 2025, Citizens for Responsibility and Ethics in Washington (CREW) filed a motion for preliminary injunction. ECF No. 9. The Court issued a

briefing schedule, providing that Defendants' opposition is due on April 30, CREW's reply is due May 5, and the hearing is May 9.  Defendants are actively working on their opposition brief.  Protect Democracy, on the other hand, has not yet filed a motion for a preliminary injunction, and just yesterday filed its Notice of Service of the Complaint.  By reviewing the docket in the Protect Democracy case, undersigned counsel learned that Protect Democracy plans to file a motion seeking expedited summary judgment or in the alternative a preliminary injunction or a writ of mandamus, by sometime today.  See ECF No. 10 in this case.  Defendants need all the time between now and April 30 to prepare their opposition to CREW's preliminary injunction motion, which they are working on along with other deadlines and responsibilities, and would be prejudiced if consolidation resulted in their having to devote some of that time to responding to Protect Democracy's forthcoming motion.  Undersigned counsel is also dealing with a family medical emergency at the present time.

       Moreover, as both CREW and Protect Democracy explain in their responses to the Order to Show Cause, there are significant differences between their claims and requested relief in the cases, and both plaintiffs want to submit their own distinct motions and briefs.  That would diminish some of the efficiencies to be gained by consolidation.

//

//

Dated: April 22, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Carmen M. Banerjee*
CARMEN M. BANERJEE
(D.C. Bar #497678)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-3183
Fax: (202) 616-8460
Email: carmen.m.banerjee2@usdoj.gov

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 22nd day of April 2025, I caused the foregoing document to be served on counsel for plaintiff by filing with the court's electronic case filing system.

/s/ Carmen M. Banerjee
CARMEN M. BANERJEE