**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. OFFICE OF MANAGEMENT & BUDGET et al.,<br><br>Defendants. | Case No. 1:25-cv-01111 |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

| | |
|---|---|
| 1. The Office of Management and Budget (OMB) is a federal agency with responsibility for government-wide financial management policies for executive agencies and numerous financial management functions. *See* 31 U.S.C. §§ 503(a), 504. | |
| 2. Russell T. Vought is the Director of OMB. | |
| 3. The Antideficiency Act established the process of apportionment, which requires that budget authority provided to federal agencies in appropriations acts be allocated in installments, rather than all at once. *See* 31 U.S.C. § 1512. | |
| 4. The Antideficiency Act requires that funds that are appropriated for limited durations be apportioned to prevent obligation or expenditure at a rate that may require Congress to appropriate more money to the | |

| | |
|---|---|
| agency before the next appropriations cycle. *Id.* § 1512(a). | |
| 5. Even for appropriations that are indefinite durations, the Act requires apportionments to achieve the most effective and economical use of the funds. *Id.* | |
| 6. The Impoundment Control Act provides that the Executive Branch must spend the funds that Congress appropriated for particular purposes, without delay, except in narrowly prescribed circumstances. 2 U.S.C. §§ 682-88. | |
| 7. The Antideficiency Act requires the president to apportion appropriations for federal agencies. 31 U.S.C. § 1513(b). | |
| 8. The Antideficiency Act requires the president to apportion an appropriation in writing and notify the head of the executive agency of the action taken to apportion an appropriation within specified timelines. *Id.* § 1513(a), (b). | |
| 9. The Antideficiency Act prohibits agency officials from making an obligation or expenditure exceeding an apportionment. *Id.* § 1517(a)(1). | |
| 10. The Antideficiency Act provides for potential administrative penalties and criminal liability for officials who violate the Act by obligating or expending amounts exceeding an apportionment. *Id.* §§ 1518-19. | |
| 11. The President has long-delegated the apportionment authority to the OMB Director. *See* 90 Fed. Reg. 9737 (Feb. 18, 2025). | |
| 12. OMB Circular No. A-11 states that an individual apportionment is "an OMB-approved plan" that sets the rate of agency expenditure. Ex. 4 (OMB Circular No. A-11 § 120.1 (2024)). | |

| | |
|---|---|
| 13. An individual apportionment is "an OMB-approved plan" that sets the rate of agency expenditure. Ex. 4 § 120.1. | |
| 14. OMB Circular No. A-11 states that "an apportionment is legally binding." *Id.* | |
| 15. An apportionment is legally binding. *Id.* | |
| 16. OMB Circular No. A-11 states that "apportioned amounts are legal limits that restrict how much an agency can obligate, when it can obligate, and what projects, programs, and activities it can obligate for." *Id.* § 120.10. | |
| 17. Apportioned amounts are legal limits that restrict how much an agency can obligate, when it can obligate, and what projects, programs, and activities it can obligate for. *Id.* § 120.10. | |
| 18. OMB Circular No. A-11 states that footnotes in apportionments for apportioned amounts (also known as "A" footnotes, which appear in the application of budgetary resources section) "have legal effect"*Id.* § 120.34. | |
| 19. Footnotes in apportionments for apportioned amounts (also known as "A" footnotes, which appear in the application of budgetary resources section) have legal effect *Id.* § 120.34. | |
| 20. OMB Circular No. A-11 states that "[w]hen OMB approves an apportionment through the apportionment system, [agencies] will receive an e-mail with the approved Excel file . . and the subject line will include the words 'Approved Apportionment.'" *Id.* § 120.37. | |
| 21. When OMB approves an apportionment through the apportionment system, agencies will receive an e-mail with | |

| | |
|---|---|
| the approved Excel file and the subject line will include the words “Approved Apportionment.” *Id.* | |
| 22. In March 2022, Congress enacted new legislation requiring OMB to make apportionments public. Pub. L. No. 117-103, div. E, tit. II, § 204(b)-(c), 136 Stat. 49, 256-57 (2022) (codified at 31 U.S.C. § 1513 note) (hereinafter “2022 Appropriations Act”). | |
| 23. The 2022 Appropriations Act provides that OMB “shall complete implementation of an automated system to post each document apportioning an appropriation, . . . including any associated footnotes, in a format that qualifies each such document as an Open Government Data Asset (as defined in section 3504 of title 44, United States Code), not later than 2 business days after the date of approval of such apportionment.” *Id.* | |
| 24. The 2022 Appropriations Act further provides that “[e]ach document apportioning an appropriation . . . that is posted on a publicly accessible website . . . shall also include a written explanation by the official approving each such apportionment stating the rationale for any footnotes for apportioned amounts: Provided, That the Office of Management and Budget or the applicable department or agency shall make available classified documentation referenced in any apportionment at the request of the chair or ranking member of any appropriate congressional committee or subcommittee.” *Id.* | |
| 25. The “Open Government Data Asset” format required by § 204(b) is defined as “a public data asset that is—(A) machine-readable; (B) available (or could be made available) in an open format; (C) not encumbered by restrictions, other than intellectual property rights, including under | |

| | |
|---|---|
| titles 17 and 35, that would impede the use or reuse of such asset; and (D) based on an underlying open standard that is maintained by a standards organization." 44 U.S.C. § 3502(20). | |
| 26. In a division-by-division summary of the 2022 Appropriations Act, Representative Rosa DeLauro (then-Chairwoman of the House Appropriations Committee) described the legislation as among other "Important Policy Changes" that would "[s]trengthen[] our democracy" by "mak[ing] apportionments of appropriations publicly available in a timely manner." Ex. 7, Chair Rosa DeLauro, H.R. 2471, *Funding for the People: Division-by-Division Summary of Appropriations Provisions* 18. | |
| 27. In December 2022, Congress made the requirements of the 2022 Appropriations Act permanent, in the Consolidated Appropriations Act of 2023, which provides that,"[i]n fiscal year 2023 and each fiscal year thereafter," OMB "shall operate and maintain the automated system required to be implemented by section 204 of the [2022 Appropriations Act]." Pub. L. No. 117-328, div. E, tit. II., § 204, 136 Stat. 4459, 4667 (2022) (codified at 31 U.S.C. § 1513 note) (hereinafter "2023 Appropriations Act"). | |
| 28. In the 2023 Appropriations Act, Congress further directed that OMB "shall continue to post each document apportioning an appropriation" (including "any associated footnotes") in the format and subject to the requirements specified in the 2022 Appropriations Act. *Id.* | |
| 29. In July 2022, OMB began making apportionments public at https://apportionment-public.max.gov. | |
| 30. Plaintiff Protect Democracy is a nonpartisan, nonprofit organization whose mission is to prevent American democracy | |

| | |
|---|---|
| from declining into a more authoritarian form of government. Ex. 1, Declaration of William Ford ("Ford Decl.") 2. | |
| 31. After OMB created its public apportionment website, Protect Democracy organized and led a virtual training for congressional staff in October 2022 on how to read apportionments, navigate and use OMB's website, and find the apportionments associated with a particular appropriation or Treasury account." *Id.* 5; *see* Protect Democracy, *Experts Explain How to Read Apportionments and Navigate OMB's New Apportionment Website*, YouTube (Oct. 17, 2022), https://tinyurl.com/yd6urbxe. | |
| 32. Protect Democracy made a recording of the training and other resources for Congress publicly available online. *See id.* 6; Ex. 9, *Using OMB's Apportionment Website: Resources for Congress*, Protect Democracy (Nov. 3, 2022). | |
| 33. In October 2024, Protect Democracy launched OpenOMB.org. Ford Decl. 8. | |
| 34. When OMB is posting its apportionments, each day, OpenOMB.org pulls the primary source data from OMB's site and stores the files in a database in a manner that allows them to be searched, filtered, and indexed. *Id.* 10. | |
| 35. Congressional appropriators have stated in press releases that they monitor OpenOMB to identify apportionment abuses., *Id.* 11. | |
| 36. Journalists have used OpenOMB as a source in their news reporting. *Id.* | |
| 37. Libraries have shared OpenOMB as a resource to help the communities they serve understand developments in government. *Id.* | |

| | |
|---|---|
| 38. OMB stopped making apportionments public on March 24, 2025, when the website began showing a "Page not found" error. *Id.* 13. | |
| 39. From March 24, 2025 to March 28, 2025, OMB provided no official explanation why the apportionments website was not functioning. | |
| 40. On March 29, 2025, OMB Director Vought sent a letter to the House and Senate Appropriations Committee's Ranking Member and Vice Chair, Representative Rosa DeLauro and Senator Patty Murray, stating that OMB "will no longer operate and maintain" the website mandated by law. Ex. 16, Letter from Russell T. Vought to The Hon. Patty Murray (March 29, 2025). | |
| 41. Vought's letter claimed that complying with the law "requires the disclosure of sensitive, predecisional, and deliberative information," and that disclosing the required information "may pose a danger to national security and foreign policy." *Id.* | |
| 42. Vought's letter did not point to any specific examples where OMB's compliance with the law has required disclosure of privileged information or would pose a danger to national security or foreign policy. *Id.* | |
| 43. After OMB took its website down, Protect Democracy posted the following header on OpenOMB: "The OMB website that provides the underlying data used by OpenOMB is offline. There will be no new apportionments posted on OpenOMB until that site is back online." OpenOMB.org, https://openomb.org (last visited Apr. 20, 2025); *see also* Ford Decl. 14. | |
| 44. OMB has previously released apportionments in response to FOIA requests or during FOIA litigation without asserting the deliberative process privilege as a basis | |

| for withholding the apportionments. *Ctr. for Public Integrity v. Dep't of Def.*, No. 1:19-cv-03265-CKK, ECF No. 23-2 (D.D.C. Feb. 14, 2020). | |
|---|---|

Dated: April 22, 2025

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar # 1016621)
Kyla M. Snow*
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington DC, 20006
(301) 823-1148
dan@jacobsonlawyersgroup.com

* Not admitted in the District of Columbia. Practiced limited to matters before U.S. courts. (admitted *pro hac vice*)

*Counsel for Plaintiff*