# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT,<br><br>                   Plaintiff,<br><br>    v.<br><br>U.S. OFFICE OF MANAGEMENT & BUDGET et al.,<br><br>                   Defendants. | Case No. 1:25-cv-01111 |

**DECLARATION OF WILLIAM P. FORD**

I, William P. Ford, declare as follows:

1. I am a policy advocate at the Protect Democracy Project (Protect Democracy). The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties at Protect Democracy.

2. Plaintiff Protect Democracy is a nonpartisan, nonprofit organization whose mission is to prevent American democracy from declining into a more authoritarian form of government. Protect Democracy engages in public education about threats to democratic norms and institutions and how the American people can best confront them. It advances its mission through research, analysis, technology, and litigation to stand up for free and fair elections, the rule of law, fact-based debate, and a better democracy for future generations. *See* Protect Democracy, *About Us*, https://protectdemocracy.org/about/ (last visited Apr. 20, 2025).

3. Part of Protect Democracy's work promoting checks and balances and the constitutional separation of powers includes efforts to defend Congress's power of the purse, a

1

critical check against abuses of executive authority. For example, Protect Democracy recently published an extensive report correcting mischaracterizations of the history of presidential impoundments. *See* Protect Democracy, *The Myth of Presidential Impoundment Power* (Mar. 2025), protectdemocracy.org/impoundment-myth. Protect Democracy also has advocated for the transparency requirement at issue in this case, which requires Defendant Office of Management and Budget (OMB) to post its apportionments on a public website. *See* Press Release, Protect Democracy, *OMB Implements Apportionment Transparency Program, a Key Pro-Democracy Reform* (July 13, 2022), https://tinyurl.com/4e3d8kxd.

4.  In March 2022, Congress enacted new legislation requiring OMB to post its apportionments on a public website. Pub. L. No. 117-103, div. E, tit. II, § 204, 136 Stat. 49, 256-57 (2022). OMB launched its website (https://apportionment-public.max.gov) in July 2022. Press Release, Protect Democracy, *supra*. And in December 2022, Congress made the requirement that OMB "operate and maintain" that public apportionment website permanent. Pub. L. No. 117-328, div. E, tit. II., § 204, 136 Stat. 4459, 4667 (2022).

5.  After OMB launched its public apportionment website, I organized and moderated a virtual training, on Protect Democracy's behalf, for congressional staff in October 2022 on "how to read apportionments, navigate and use OMB's website, and find the apportionments associated with a particular appropriation or Treasury account." *See* Protect Democracy, *Experts Explain How to Read Apportionments and Navigate OMB's New Apportionment Website*, YouTube (Oct. 17, 2022), https://tinyurl.com/yd6urbxe. Three experts on the apportionment process — all former OMB or agency budget officials — led the training. *Id.* To do that, they prepared an 85-page slide deck titled, "Using OMB's Public Apportionment

2

Website." Lester Cash et al., *Using OMB's Public Apportionment Website* (Oct. 13, 2022), https://tinyurl.com/tz3r954n.

6. In November 2022, Protect Democracy made a recording of the training, a copy of the slide deck, and other resources for Congress publicly available online after the training. *See Using OMB's Apportionment Website: Resources for Congress*, Protect Democracy (Nov. 3, 2022), https://tinyurl.com/297a79m2. As one law professor has written, those additional resources included a detailed explanation of "how to find a relevant apportionment in eleven steps, walking through sequential references to the relevant fiscal year's appropriation act provision, the Treasury Department's Federal Account Symbols and Titles Book, and an excel spreadsheet on OMB's website." Eloise Pasachoff, *Modernizing the Power of the Purse Statutes*, 92 Geo. Wash. L. Rev. 359, 373-74 (2024), https://tinyurl.com/ycxswdd6 (describing Protect Democracy's training and apportionment educational resources).

7. In January 2024, Protect Democracy began building OpenOMB.org ("OpenOMB") to make it easier for Congress, the press, and the public to use OMB's apportionment information. *See About OpenOMB*, *supra*. As the Princeton Initiative on Restoring the Constitutional Powers of Congress observed in a subsequent report, OMB's website was "unnecessarily difficult to navigate" because it provided links to apportionment documents organized by agency and by Treasury Appropriation Fund Symbol, "which may not be easily recognized as programs of interest by members of Congress, staff members, or members of the public." Princeton Initiative, *The Power of the Purse* 5 (May 2024), https://tinyurl.com/3av4dbdx. "Reviewing information from [OMB's] website," the report continued, "also require[d] downloading discrete data files rather than allowing users to interact

3

with the information directly online." *Id*. By building OpenOMB, Protect Democracy sought to address these and other hurdles to public engagement with OMB's apportionments.

8.  In October 2024, Protect Democracy launched OpenOMB. *See* Protect Democracy (@protctdemocracy), X (Oct. 2, 2024, 10:55 PM), https://tinyurl.com/4a7rvzea; William Ford, et al., *Is the President following the law when it comes to spending?*, If You Can Keep It (Oct. 2, 2024), https://tinyurl.com/2j6k4v6e. OpenOMB aims to make oversight of OMB's apportionments easier for Congress, the press, and the public. *See About OpenOMB*, *supra*.

9.  I led the development of OpenOMB. *See* Ford, et al., *supra*; *Staff: William Ford*, Protect Democracy, https://tinyurl.com/2vjucdzn. That work began in January 2024, and Protect Democracy has continued to maintain and push out improvements to the site since it launched in October 2024. In total, Protect Democracy has spent hundreds of hours building, designing, operating, and improving OpenOMB. I also have delivered training sessions to nonprofit organizations and journalists on how they can use OpenOMB in their work.

10. OpenOMB "uses a simple process to provide easier access to apportionment files. Each day, OpenOMB pulls the primary source data from OMB's site and stores the files in a database in a manner that allows them to be searched, filtered, and indexed. OpenOMB's search function then provides a means to query that database, searching for information in and across apportionments. The site is, in short, a user-friendly interface that provides access to a store of primary source data that is updated daily and contains searchable and well-organized files. (All apportionment files displayed on OpenOMB reflect the underlying primary source data and documents that OMB discloses on its site.)" *See* Ford, et al., *supra*.

11. OpenOMB has a wide range of users beyond Protect Democracy, including Congress, litigants, journalists, public policy organizations, academics, libraries, budget experts, and the Wikipedia community. For example:

   a. Congressional appropriators have stated in press releases that they monitor OpenOMB to identify apportionment abuses. *See* Fact Sheet, House Appropriations Committee Democrats, Background on Unlawful Impoundment in President Trump's Executive Orders (Jan. 29, 2025), https://tinyurl.com/5ce9tuhf ("Nevertheless, we will be monitoring OpenOMB.org. . . .").

   b. Litigants have cited OpenOMB's apportionment information. *See, e.g.*, Mem. Of Law in Supp. of Pls.' Renewed Mot. for a TRO at 36, *AFL-CIO, et al. v. Dep't of Labor et al.*, No. 25-cv-00339 (Feb. 12, 2025), ECF No. 29-1, https://tinyurl.com/2s48d7hn (citing OpenOMB); Mem. in Supp. of Pl.'s Mot. for Prelim. Inj. At 2, *Citizens for Responsibility & Ethics in Wash. v. U.S. DOGE Service, et al.*, No. 25-cv-00511 (Feb. 20, 2025), ECF No. 2-1, https://tinyurl.com/3bt8667p (same).

   c. Journalists have used OpenOMB as a source in their news reporting. *See* Aleksandra Wrona, *Exploring DOGE's creation, legality and purpose*, Yahoo News (Mar. 27, 2025), https://tinyurl.com/32czhcpj (same); Paul Krawzak, *White House scraps public spending database*, Roll Call (Mar. 24, 2025), https://tinyurl.com/54zaeye6 (same).

   d. Public policy organizations have cited OpenOMB information in issue briefs. *See, e.g.*, Citizens for Responsibility & Ethics in Washington, *Key Concepts Related to the Impoundment Control Act of 1974* (Jan. 2025), https://tinyurl.com/24bn7k6j;

      Governing for Impact, *Challenging DOGE* (Feb. 2025), https://tinyurl.com/592euzkz.

  e. Academics have recognized that the apportionment transparency laws have "enabl[ed] a number of good government groups to better track spending at sites like openomb.org." *See* Matthew B. Lawrence, *Secret Conditions Move from DOGE to OM*B, Yale J. Reg. (Apr. 3, 2025), https://tinyurl.com/278erknm.

  f. Libraries have shared OpenOMB as a resource to help the communities they serve understand developments in government. *See* John M. Pfau Library, *U.S. Government Information: Archived and Alternative Sources, Tracking Tools*, Cal. State Univ., San Bernardino, https://tinyurl.com/mwb3ht8m (last visited Apr. 20, 2025) (listing OpenOMB as the resource for tracking apportionments); The Library, *U.S. Government Information: Trump Trackers*, UC San Diego, https://tinyurl.com/2p99bz8n (last visited Apr. 20, 2025) (same).

  g. Budget experts have highlighted OpenOMB as a tool to "help track" apportionments and potential spending abuses. *See* Bobby Kogan (@bbkogan.bsky.social), BlueSky (Feb. 21, 2025, 3:20 PM), https://tinyurl.com/knjkvh38.

  h. Wikipedia entries cite OpenOMB as an external link. *See, e.g.*, Wikipedia, *Apportionment (OMB)*, https://tinyurl.com/4fp2yjdh (last visited Apr. 20, 2025); Wikipedia, *Centers for Medicare & Medicaid Services*, https://tinyurl.com/327w32ba (last visited Apr. 20, 2025).

12. Between OpenOMB's launch on October 2, 2024, and March 24, 2025, Google Analytics indicates that OpenOMB has had approximately 41,000 page views.

13. OMB made apportionments public as required by law until March 24, 2025, when its website began displaying a "[p]age not found" error. *See* Krawzak, *supra*.

14. On March 27, 2025, Protect Democracy posted the following header on OpenOMB: "The OMB website that provides the underlying data used by OpenOMB is offline. There will be no new apportionments posted on OpenOMB until that site is back online." OpenOMB.org, https://openomb.org (last visited Apr. 20, 2025).

15. This month, OpenOMB's page views have dropped to the lowest level since President Trump took office. According to Google Analytics, after approximately 5,600 page views in January, 20,000 page views in February, and 6,800 page views in March, OpenOMB has received only 3,400 page views so far in April.

16. Moreover, because OMB took its apportionment website down, Protect Democracy cannot launch a new "notification" feature it has spent months developing for OpenOMB. That notification feature would have allowed OpenOMB users to subscribe to and receive daily or weekly email notifications when a new apportionment is posted for a particular account, agency, or bureau. The notification feature also would have enabled users to subscribe to, and receive daily or weekly email notifications for, particular search results. For instance, if a user wanted to be notified if an apportionment contained the words "are not available for obligation" — the language OMB used in an apportionment footnote during the first Trump administration to withhold funds Congress had appropriated for security assistance to Ukraine[1] — the OpenOMB notification feature would have allowed users to receive daily or weekly email notifications whenever new apportionments included those words.

---

[1] GAO, B331564, *Office of Management and Budget—Withholding of Ukraine Security Assistance* 3-4 (Jan. 16, 2020), https://tinyurl.com/nhea99ck.

7

17. Protect Democracy was finishing work on the notification feature when OMB took down its apportionment website. This final stage of work involved testing whether the notification system actually would send an automated email to a user when OpenOMB processed a relevant new apportionment. Without new apportionments uploaded by OMB, Protect Democracy cannot finish this testing and finalize and release the notification feature. Even if Protect Democracy could release the feature without this additional testing, however, it would be of no use to OpenOMB's users since OMB no longer is disclosing new apportionments.

18. Upon information and belief, since OMB took down its public apportionment site, OpenOMB is the only website (other than the Internet Archive's Wayback Machine) that provides a public archive of the apportionments OMB disclosed from July 13, 2022, to March 24, 2025. *See* Wayback Machine, *https://apportionment-public.max.gov/*, Internet Archive https://tinyurl.com/bdxv2n9w (last visited Apr. 20, 2025); Ford, et al., *supra* ("OpenOMB pulls the primary source data from OMB's site and stores the files in a database.").

19. Without public access to the up-to-date apportionment documents and information previously made available on the OMB website, Protect Democracy can no longer provide updated information about apportionments to Congress, the press, and the public through OpenOMB, or otherwise use the site to monitor the apportionments, footnotes, and the written explanations accompanying footnotes for potential violations of the law.

20. Without access to OMB's apportionments, Protect Democracy also cannot update Congress, the press, and the public on whether and how OMB is using its apportionment authority specifically to withhold, or "impound," appropriated funds in ways that potentially unlawfully affect the delivery of federal government services, employment of federal workers, or delivery of federal funding for certain grantees. In October 2024, Protect Democracy assessed that the

apportionment process would be one of the key means by which President Trump would deliver on his vow to impound federal funds if re-elected. *See* Ford, et al., *supra*; Donald J. Trump, *Using Impoundment to Cut Waste, Stop Inflation, and Crush the Deep State*, Agenda47 (June 20, 2023), https://tinyurl.com/2n4nu6mj. As we wrote in October: "[P]residents of both parties have abused [the apportionment] process to advance their agendas in defiance of the law. Former President Trump did so by withholding U.S. military aid to Ukraine through a series of apportionments that put a pause on that funding. The Government Accountability Office found that this hold violated the Impoundment Control Act. *But Trump and his advisers have called for more of the same if he's reelected.* The former President has vowed to impound funds on a massive scale to 'crush the Deep State.' *And Trump's former OMB Director Russell Vought has advocated for the 'aggressive' use of apportionment authority 'on behalf of the President's agenda.'" Id*. (emphases added).

21.     Although Protect Democracy will continue to engage in efforts to educate the public on the administration's impoundment of federal funds, without access to OMB's apportionments, Protect Democracy cannot shine light on whether and how this authority is being used in that effort. *See, e.g.*, *VIRTUAL EVENT: Impoundments*, Soc'y for Rule of Law (Mar. 31, 2025), https://societyfortheruleoflaw.org/impoundments/ (announcing my participation in an April 22 panel event discussing "the past, present, and future of impoundments" in light of "recent actions from the administration"). This is especially burdensome now, as OMB is reportedly preparing to send a rescission package to Congress either this week or next. If OMB had continued to comply with the requirement to post its apportionments on its public website, Protect Democracy might have been able to determine what funds OMB is withholding but declined to include in its rescission package, thereby educating Congress, journalists, and the public on how

the rescissions proposed by the President relate to the potentially larger amount of federal funds that have yet to be apportioned, obligated, or spent.

22.     Protect Democracy recently submitted a Freedom of Information Act request to OMB seeking the apportionments it has issued since it took down its public apportionment website. FOIA Request from Protect Democracy to OMB (Apr. 11, 2025), https://tinyurl.com/3eap6suf. Unfortunately, unless apportionment information responsive to that request is disclosed in the same Open Government Data Act compliant format that OMB used on its apportionment website, Protect Democracy likely would not be able to feed the information into OpenOMB for public dissemination and use without significant manual effort.

23.     By contrast, once OMB's apportionment website is back online, provided OMB continues to disclose apportionments in the same Open Government Data Act compliant format file formats, OpenOMB would automatically update and display the newly posted apportionment files. *See About OpenOMB*, *supra* ("OpenOMB is updated daily."). This would allow Protect Democracy immediately to resume its work of providing the public with urgent, timely, and accessible information about apportionments, including whether OMB is using its apportionment authority to impound appropriated funds. And it would allow Protect Democracy to finish testing and then launch the "notification" feature it has worked to build.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on April 22, 2025.

/s/ *William P. Ford*
William P. Ford
Policy Advocate
Protect Democracy