# Exhibit 11

The OMB website that provides the underlying data used by OpenOMB is offline. There will be no new apportionments posted on OpenOMB until that site is back online.

# OpenOMB

Search    Explore Agencies    FAQ    About

# Tracking apportionments just got easier.

Apportionments are legally binding plans issued by the White House Office of Management and Budget that set the pace at which federal agencies may spend appropriated funds. OpenOMB's database makes apportionments easy to find and track.

Search apportionments

Go

 Or try using the advanced search.

## Why are apportionments important?

Apportionments are how the president, acting through OMB, implements Congress's spending laws. Apportionments set the pace at which agencies may spend funds by specifying what money an agency may spend, when, and subject to what conditions. This is the second step in the life cycle of federal funds: Congress appropriates, OMB apportions, and agencies spend. Administrations of both parties have abused this authority to halt or cut off funding for enacted programs, making oversight of apportionments vital.

More apportionment FAQs

## Apportionments are legally binding plans that show:

✔ What money an agency can spend and when.

✔ Any conditions OMB has put on agency access to funds.

✔ Whether OMB is delaying access to, or withholding, funds.

**0** New apportionments approved in the last 7 days

**3,521** Total apportionments approved for FY2025

**1,854** Total accounts tracked by OpenOMB

## Recently Approved Apportionments

**DEPARTMENT OF DEFENSE (MILITARY PROGRAMS)**
Missile Procurement, Army

Approved March 21, 2025

**DEPARTMENT OF DEFENSE (MILITARY PROGRAMS)**
Missile Procurement, Army

Approved March 21, 2025

**DEPARTMENT OF DEFENSE (MILITARY PROGRAMS)**
Research, Development, Test and Evaluation, Defense-wide

Approved March 21, 2025

**DEPARTMENT OF DEFENSE (MILITARY PROGRAMS)**

Research, Development, Test and Evaluation, Army

Approved March 21, 2025

**DEPARTMENT OF DEFENSE (MILITARY PROGRAMS)**
Defense Production Act Purchases

Approved March 21, 2025

**DEPARTMENT OF DEFENSE (MILITARY PROGRAMS)**
Missile Procurement, Air Force

Approved March 21, 2025

**DEPARTMENT OF DEFENSE (MILITARY PROGRAMS)**
Research, Development, Test and Evaluation, Air Force

Approved March 21, 2025

**DEPARTMENT OF DEFENSE (MILITARY PROGRAMS)**
Aircraft Procurement, Air Force

Approved March 21, 2025

**DEPARTMENT OF DEFENSE (MILITARY PROGRAMS)**
Procurement of Ammunition, Army

Approved March 21, 2025

**DEPARTMENT OF DEFENSE (MILITARY PROGRAMS)**
Other Procurement, Army

Approved March 21, 2025

Explore apportionments by agency

## Learn More About Apportionments