UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT,<br><br>         Plaintiff,<br><br>    v.<br><br>U.S. OFFICE OF MANAGEMENT & BUDGET et al.,<br><br>         Defendants. | Case No. 1:25-cv-01111 |

**[PROPOSED] ORDER**

Before this Court is Plaintiff's Motion for Expedited Summary Judgment, or in the Alternative a Preliminary Injunction or a Writ of Mandamus. Defendants are the Office of Management and Budget (OMB) and Russell T. Vought, the Director of OMB. The Court hereby **GRANTS** Plaintiff's Motion for expedited summary judgment and directs the Clerk to enter judgment in favor of Plaintiff.

It is further **DECLARED** that Defendants' failure and refusal to operate and maintain the automated system required by the 2022 and 2023 Appropriations Acts, including Defendants' failure and refusal to publish apportionments, associated footnotes, and related information on a public website in an Open Government Data Asset format is unlawful and shall be set aside; and it is further

**ORDERED** that Defendants are permanently **ENJOINED** to comply with the provisions of 2022 and 2023 Appropriations Act relating to the disclosure of apportionments, including by

1

publishing, on an ongoing basis, all information about apportionments required by the 2022 and 2023 Appropriations Acts (including all information Defendants have unlawfully failed to post since March 24, 2025), in an Open Government Data Asset format; and it is further

**ORDERED** that Defendants are permanently **ENJOINED** from ceasing to operate and maintain a public website publishing the information required by the 2022 and 2023 Appropriations Acts; and it is further

**ORDERED** that if expedited summary judgment is not available, Defendants are preliminarily **ENJOINED** to comply with the provisions of 2022 and 2023 Appropriations Act relating to the disclosure of apportionments, including by publishing, on an ongoing basis, all information about apportionments required by the 2022 and 2023 Appropriations Acts (including all information Defendants have unlawfully failed to post since March 24, 2025) in an Open Government Data Asset format, and Defendants are preliminarily **ENJOINED** from ceasing to operate and maintain a public website publishing the information required by the 2022 and 2023 Appropriations Acts; and it is further

**ORDERED** that, if neither expedited summary judgment nor a preliminary injunction are available, the Court **ISSUES** a writ of mandamus compelling Defendants to perform all nondiscretionary duties required by the 2022 and 2023 Appropriations Acts, including publishing, on an ongoing basis, all information about apportionments required by the 2022 and 2023 Appropriations Acts (including all information Defendants have unlawfully failed to post since March 24, 2025) in an Open Government Data Asset format.

So ordered, this _____ day of May, 2025.

_____
The Honorable Emmet G. Sullivan
United States District Judge