UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>U.S. OFFICE OF MANAGEMENT & BUDGET et al.,<br><br>　　　　　Defendants. | Case No. 1:25-cv-01111 |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR EXPEDITED SUMMARY JUDGMENT, OR IN THE ALTERNATIVE A PRELIMINARY INJUNCTION OR A WRIT OF MANDAMUS**

In accordance with the Court's April 25, 2025 Minute Order granting Plaintiff Protect Democracy's Unopposed Motion to Coordinate Preliminary Injunction Proceedings, Protect Democracy hereby withdraws its Motion for Expedited Summary Judgment, or in the Alternative a Preliminary Injunction or Writ of Mandamus, ECF No. 13. Protect Democracy will file a new motion seeking relief that is identical to the pending motion in *CREW v. OMB*, 25-cv-1051.

Dated: April 27, 2025

　　　　　　　　　　　　　　　　　　*/s/ Daniel F. Jacobson*
　　　　　　　　　　　　　　　　　　Daniel F. Jacobson (D.C. Bar # 1016621)
　　　　　　　　　　　　　　　　　　Kyla M. Snow*
　　　　　　　　　　　　　　　　　　JACOBSON LAWYERS GROUP PLLC
　　　　　　　　　　　　　　　　　　1629 K Street NW, Suite 300
　　　　　　　　　　　　　　　　　　Washington DC, 20006
　　　　　　　　　　　　　　　　　　(301) 823-1148
　　　　　　　　　　　　　　　　　　dan@jacobsonlawyersgroup.com

　　　　　　　　　　　　　　　　　　* Not admitted in the District of Columbia. Practice limited to matters before U.S. courts. (admitted *pro hac vice*)

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*