UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. OFFICE OF MANAGEMENT & BUDGET et al.,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-01111 |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**

For the reasons stated in the attached Memorandum of Law, Plaintiff Protect Democracy Project hereby moves for a preliminary injunction under Federal Rule of Civil Procedure 65(a) on its claim at Count One of the Complaint that Defendants' actions are contrary to law because they violate the plain terms of the 2022 and 2023 Appropriations Acts. *See* 7 U.S.C. § 706(2). Plaintiff alternatively moves for partial summary judgment under Federal Rule of Civil Procedure 56 on this same claim, because it raises pure issues of law.

Dated: April 27, 2025

　　　　　　　　　　　　　　　　/s/ Daniel F. Jacobson
　　　　　　　　　　　　　　　　Daniel F. Jacobson (D.C. Bar # 1016621)
　　　　　　　　　　　　　　　　Kyla M. Snow*
　　　　　　　　　　　　　　　　JACOBSON LAWYERS GROUP PLLC
　　　　　　　　　　　　　　　　1629 K Street NW, Suite 300
　　　　　　　　　　　　　　　　Washington DC, 20006
　　　　　　　　　　　　　　　　(301) 823-1148
　　　　　　　　　　　　　　　　dan@jacobsonlawyersgroup.com

　　　　　　　　　　　　　　　　* Not admitted in the District of Columbia. Practice limited to matters before U.S. courts. (admitted *pro hac vice*)

　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 27, 2025, I served the foregoing Motion for a Preliminary Injunction or in the Alternative Partial Summary Judgment, and all supporting documents, on Defendants' counsel via the Court's ECF filing system.

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson
