# Exhibit 7



# H.R. 2471, Funding For The People
## *DIVISION-BY-DIVISION SUMMARY OF APPROPRIATIONS PROVISIONS*

H.R. 2471 totals $1.5 trillion in discretionary resources and reflects conference agreements for the fiscal year 2022 appropriations bills. It furthers House Democrats' commitment to investing For The People with substantial increases to non-defense spending alongside responsible increases for defense-related programs.

In total, the 12 annual bills provide:

- $730 billion in nondefense funding, a $46 billion – 6.7 percent – increase over fiscal year 2021; and
- $782 billion in defense funding, a $42 billion – 5.6 percent – increase over fiscal year 2021.

# Division A – Agriculture-Rural Development-FDA

**<u>Overview:</u>**

The 2022 Agriculture, Rural Development, Food and Drug Administration, and Related Agencies funding bill provides discretionary funding of $25.125 billion – an increase of $1.426 billion, 6 percent – above 2021. In total, the bill includes $234.2 billion for both discretionary programs funded on an annual basis and mandatory programs such as the Supplemental Nutrition Assistance Program. The legislation:

- Tackles hunger and nutrition insecurity by expanding access to fruits and vegetables to 6.2 million women, infants and children through WIC and by ensuring 42 million people in SNAP-eligible families get the benefits they need. The bill also invests in the health of America's kids through Child Nutrition programs, like school meals - which are now the healthiest source of food consumed in the United States.
- Grows opportunity and lifts up rural communities by increasing funding for rural broadband, connecting more communities to the internet through a program that last year got more than 100,000 people connected to the 21st century economy.
- Rebuilds our public health and consumer safety infrastructure with increased funding to address maternal and infant nutrition, including resources for the 'Closer to Zero' initiative to reduce exposure to toxic elements in babies' and young children's food, emerging food-related chemical and toxicological issues, drug safety oversight, as well as providing additional resources for in-person inspections in large foreign drug manufacturing countries, and drug and device supply chain monitoring and surveillance. The bill also invests in our public health infrastructure by modernizing FDA's data infrastructure to better ensure the safety and security of the food and medical supply chain.
- Provides important investments to ensure equitable participation in USDA programs. In total, the bill provides more funding than the request to advance racial justice, including increases for extension, research, and capacity grants at 1890 land grants, 1994 land grants, and Hispanic serving institutions to help strengthen the pipeline for the future of agriculture. It also provides funding to improve outreach and program access to historically underserved communities and provides a healthy increase for USDA's Office of Civil Rights above the request.
- Confronts the climate crisis with $78.3 million across USDA to address the impacts of climate change. These investments are aimed to tackle the climate crisis in farming and rural communities and include research to monitor, measure, and mitigate climate change, accelerate climate smart agriculture practices, reduce greenhouse gases, and advance clean energy technologies.

**Bill Summary:**

**Rural Development and Infrastructure** – The bill provides a total of nearly $4 billion for rural development programs. These programs help create an environment for economic growth by providing business and housing opportunities and building sustainable rural infrastructure for the modern economy.

- **Rural Broadband** – The legislation invests over $550 million in the expansion of broadband service to provide economic development opportunities and improved education and healthcare services, including an additional $450 million for the ReConnect program. This is in addition to the $2 billion provided in Infrastructure Investment and Jobs Act. These significant investments in broadband reflect a commitment to enabling Americans in rural communities to access digital tools necessary to improve health, educational, and economic outcomes. Since 2019, more than 200,000 rural residents have gained access to broadband through these programs.
- **Critical Infrastructure** – The legislation includes responsible investments in infrastructure to help rural areas of the country access basic utilities. This includes $1.45 billion for rural water and waste program loans, and over $653 million in water and waste grants for clean and reliable drinking water systems and sanitary waste disposal systems, which will provide safe drinking water to millions of rural residents. An additional $7.9 billion in loan authority is provided for rural electric and telephone infrastructure loans.
- **Rural Housing Loans and Rental Assistance** – The bill provides a total of $30 billion in loan authority for the Single Family Housing Guaranteed Loan Program. The bill includes $1.25 billion in direct single family housing loans, meeting the estimated need for these loans, which provide home loan assistance to low-income rural families, many of whom would have few loan options for purchasing a home because of their geographical location. In addition, a total of $1.495 billion is provided for rental assistance and rental vouchers for affordable rental housing for low-income families and the elderly in rural communities to renew all existing rental assistance contracts. In FY 2020, Rural Development housing programs provided affordable housing to 138,331 rural homeowners and over 250,000 rental units.
- **Business and Industry Loan Program –** The bill includes $1.250 billion for the Business and Industry loan program, a 25% increase over fiscal year 2021.  This will enable additional lending opportunities to business and non-profits in rural areas.

**Food and Nutrition Programs** – The legislation contains discretionary funding, as well as mandatory funding required by law, for food and nutrition programs within the Department of Agriculture. This includes funding for the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC), the Supplemental Nutrition Assistance Program (SNAP), and child nutrition programs.

- **Women, Infants, and Children (WIC)** – The bill provides $6 billion in discretionary funding for WIC, including $834 million to increase the amounts of fruits and vegetables in the WIC Food Package. In FY 2022, WIC will serve an estimated 6.2 million women, infants, and children.
- **Supplemental Nutrition Assistance Program (SNAP)** – The bill provides $140.4 billion in required mandatory spending for SNAP, including $3 billion for the SNAP reserve fund, which will serve more than 42 million people. This fully funds participation, as well as the SNAP enhanced allotments authorized by the Families First Coronavirus Response Act.
- **Child nutrition programs** – The bill provides $26.9 billion in funding for child nutrition programs. This is an increase of $1.77 billion above the FY 2021 enacted level. As kids return to the classroom, this funding will support more than 5.2 billion school lunches and snacks. In addition, the bill provides $45 million for the Summer EBT program, $30 million for school kitchen equipment grants, and $6 million for school breakfast expansion grants.

**International Food Assistance Programs** – The legislation contains $2.2 billion for international food aid and to promote U.S. agricultural exports overseas. This includes $1.74 billion for Food for Peace grants and $237

million for the McGovern-Dole International Food for Education and Child Nutrition program. In 2021, these programs, which work to reduce famine and increase food security overseas, provided food assistance across six continents.

**Marketing Programs** – The bill provides $228 million, $39 million above the FY 2021 enacted level and $14 million above the request, to facilitate the movement of agriculture products and open market opportunities. This includes $20.3 million for the National Organic Program to protect the integrity of the USDA Organic label and $25.6 million for the oversight and enforcement of the Packers and Stockyards Act. The bill also provides $20.4 million in discretionary funds to the Agricultural Marketing Service and Rural Development for the Local Agriculture Market Program to continue supporting local food and value-added agriculture. In addition, the bill provides $25 million to support dairy business innovation initiatives.

**Agricultural Research** – The bill provides $3.5 billion – $217 million above the FY 2021 enacted level – for agriculture research programs, including the Agricultural Research Service (ARS) and the National Institute of Food and Agriculture (NIFA). This funding will support research at all ARS facilities to help mitigate and stop devastating livestock and crop diseases, improve food safety and water quality, increase production, and combat antimicrobial resistance. This funding also includes important research investments in U.S. land-grant colleges and universities, including a significant increase for the 1890 institutions, and for the Agriculture and Food Research Initiative, the U.S. Department of Agriculture's premier competitive research program.

**Farm Programs** – The legislation provides $1.87 billion for farm programs, which is $44 million above the FY 2021 enacted level. This includes $61 million to resolve ownership and succession of farmland issues, also known as heirs' property issues. This funding will continue support for various farm, conservation, and emergency loan programs, and help American farmers and ranchers. It will also meet estimates of demand for farm loan programs.

**Animal and Plant Health** – The legislation includes $1.113 billion – $46 million above the FY 2021 enacted level – for the Animal and Plant Health Inspection Service. This funding will support programs to help control or eradicate plant and animal pests and diseases that can be crippling to U.S. producers. The funding level provides increases that will help address harmful pests and diseases such as cotton pests, spotted lanternfly, and chronic wasting disease, and support the growing needs of veterinary biological products such as vaccines and diagnostic tests while maintaining increases from past years for citrus greening. The bill also provides $250 million for the Agriculture Quarantine and Inspection Services Program to continue activities at the U.S. borders and ports of entry to intercept any foreign agricultural pests and diseases that could affect U.S. agriculture, trade and commerce.

**Conservation Programs** – The bill provides $1.005 billion to help farmers, ranchers, and other private landowners conserve and protect their land. This includes $101 million for infrastructure for watershed and flood prevention and watershed rehabilitation projects, $8.5 million for the Urban Agriculture and Innovative Production Program, and $7 million for the Healthy Forests Reserve Program.

**Food Safety and Inspection Service** – The legislation includes $1.109 billion for food safety and inspection programs. These mandatory inspection activities help ensure the safety and productivity of the country's meat and poultry industry, and keep safe, healthy food on American tables. The funding provided will maintain more than 8,700 frontline inspection personnel for meat, poultry, and egg products at more than 6,500 facilities across the country.

**Food and Drug Administration (FDA)** – FDA receives a total of $3.3 billion in discretionary funding in the bill, an increase of $102 million above the FY 2021 enacted level. Total funding for FDA, including revenue from user fees, is $6.2 billion. Within this total, the Committee provides a targeted increase of $29 million to address the opioid crisis, medical supply chain surveillance, rare cancers, and increasing and strengthening in

person inspections of foreign drug manufacturers. It also includes a $29.5 million increase to better avoid or more quickly respond to food outbreaks, improve the animal food inspection system, and addresses heavy metals in baby food. The bill also appropriates $50 million to accelerate medical product development as authorized in the 21st Century Cures Act.

**Commodity Futures Trading Commission (CFTC)** – The bill provides $382 million for the CFTC – $78 million above the FY 2021 enacted level.

# Division B – Commerce-Justice-Science

## Overview:

The 2022 Commerce, Justice, Science, and Related Agencies funding bill provides $75.8 billion.  The legislation:

- Creates good-paying American jobs with investments in economic development in distressed communities with support for small businesses, including small and medium sized American manufacturers
- Strengthens communities by supporting local law enforcement while bolstering police and criminal justice reform and expanding gun violence prevention efforts
- Addresses gender-based violence with strong increases for Violence Against Women Act prevention and prosecution programs, as well as efforts to reduce the backlog of unprocessed rape kits
- Confronts the climate crisis with strong funding for climate resilience and research at NASA, the National Oceanic and Atmospheric Administration, and the National Science Foundation

## Bill Summary:

**U.S. Department of Commerce** – $9.9 billion in net discretionary funding for the Department of Commerce, an increase of $989 million above the FY 2021 enacted level.

- **International Trade Administration (ITA)** – $570 million, $29 million above the FY 2021 enacted level.  The total includes no less than the fiscal year 2021 level for ITA Global Markets to help create jobs here at home by increasing U.S. exports and no less than $105.5 million for ITA Enforcement and Compliance to protect U.S. industries against unfair foreign trade practices.

- **Bureau of Industry and Security (BIS)** – $141 million, an increase of $8 million above FY 2021 to advance U.S. national security through effective export control.

- **Economic Development Administration (EDA)** – $373.5 million, an increase of $27.5 million above FY2021.  This includes $120.5 million for EDA's Public Works program, which supports brick-and-mortar projects in distressed communities across the nation, $41.5 million for Assistance to Coal Communities, an increase of $8 million and $45 million for the Regional Innovation Program, an increase of $7 million, to help create jobs by establishing and expanding region-focused innovative technology business endeavors.  Additionally, $2 million is provided for STEM Apprenticeships to help align the skills of workers and the needs of employers.

- **Minority Business Development Agency (MBDA)** – $55 million, an increase of $7 million above FY 2021, is provided for MBDA to support minority businesses around the country.

- **U.S. Patent and Trademark Office (PTO)** – $4.1 billion, an increase of $363.1 million above FY 2021, to help protect new ideas and investments in American innovation and creativity, and to promote technological progress and achievement.

- **Manufacturing Extension Partnership (MEP) Program** – $158 million, $8 million above FY 2021 to help small and medium sized American manufacturers create and preserve jobs.

- **National Oceanic and Atmospheric Administration (NOAA)** – $5.88 billion, an increase of $447 million above FY 2021, including:

  o **Climate Research** – $200 million, an increase of $18 million above FY 2021, including an increase of $10 million to provide actionable climate information to inform Americans' decisions about how to adapt to the changing climate.

  o **NOAA's National Marine Fisheries Service (NMFS)** – $1.02 billion for NMFS operations, an increase of $51 million above FY 2021, including a $6 million increase to support the President's initiative to build more offshore wind farms and an increase of $16 million to support efforts to protect the critically endangered North Atlantic right whale.

  o **National Weather Service** – $1.17 billion for operating expenses, an increase of $74 million above FY 2021. In addition, this Act provides an increase of $70 million over FY 2021 to procure future weather satellites, which are essential for accurate weather forecasting.

**U.S. Department of Justice (DOJ)** – $35.2 billion overall for the Department of Justice, which is $1.4 billion above the FY2021 enacted level.

- **Emmett Till Unsolved Civil Rights Crimes Reauthorization Act of 2016** – $14.5 million is provided, as authorized, including: $5 million within the Civil Rights Division; $5 million within the Federal Bureau of Investigation; $1.5 million within the Community Relations Service; and $3 million within State and Local Law Enforcement Assistance.

- **Executive Office for Immigration Review** -- $760 million, an increase of $26 million above FY 2021, including $24 million for the Legal Orientation Program.

- **Federal Bureau of Investigation** – $10.77 billion, an increase of $454 million above the FY 2021 enacted level and $492.5 million above the President's budget request.

- **Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)** – $1.53 billion, an increase of $47.2 million above the FY 2021 enacted level.

- **Federal Bureau of Prisons (BOP)** – $8.1 billion, an increase of $265 million above the FY 2021 enacted level and $251 million above the President's budget request.

- **First Step Act** – The agreement fully funds the requested $409.5 million for programs and activities authorized by the First Step Act of 2018, including medication-assisted treatment.

- **Task Force on Law Enforcement Oversight** – The agreement reminds the Attorney General to comply with congressional direction and use the $5 million provided in fiscal year 2021 to establish a Task Force on Law Enforcement Oversight, comprised of representatives from multiple Justice Department components, in consultation with law enforcement, labor, and community-based organizations to coordinate the detection and referral of complaints regarding incidents of alleged law enforcement

misconduct.

- **Database on Use of Force and Officer Misconduct** – The agreement reminds the Attorney General to comply with congressional direction and use the $5 million appropriated in fiscal year 2021 for the development and deployment of databases to track excessive use of force and officer misconduct, to be developed in consultation with State and local law enforcement agencies, community organizations, and advocacy groups, including those that advocate for the preservation of civil liberties and civil rights.

- **Grants to State and Local Law Enforcement** – $3.9 billion is provided, an increase of $506.4 million above FY 2021. This includes: $674.5 million for Byrne JAG; $512 million for Community Oriented Policing Services (COPS) programs; $201 million to address sexual assault kit and other DNA evidence backlogs; $115 million for Second Chance Act programs; $572.5 million for grant programs to address substance use disorders; $135 million for the STOP School Violence Act; $575 million for Violence Against Women Act (VAWA) prevention and prosecution programs; $95 million for grants to improve the NICS firearms background check system; $50 million for a new Community Violence Intervention and Prevention initiative; and nearly $300 million in community projects to fight crime and improve public safety in communities across the country.

**National Aeronautics and Space Administration (NASA)** – $24 billion is provided, an increase of $770 million above the FY 2021 enacted level, including:

- $7.6 billion for NASA's **Science Mission Directorate**, an increase of $313.4 million above the FY2021 enacted level, to enable better scientific information about the Earth and its changing climate, as well as to further our understanding of our solar system and beyond. These funds include support for the James Webb Space Telescope, which launched in December and will soon begin taking pictures of parts of the universe never previously observed.

- $880.7 million for **Aeronautics research**, an increase of $52 million above FY 2021, to continue efforts to improve environmental sustainability of air travel through increased fuel efficiency and electric flight, as well to improve passenger safety.

- $137 million for **NASA's STEM Engagement education initiatives**, an increase of $10 million above FY 2021, to enable NASA to inspire young people to pursue future careers in science and engineering. This amount includes funding significant increases for the Space Grant consortium, which benefits all 50 states, and the Minority University Research and Education Project.

- Funding to jumpstart development of commercial low-Earth orbit **space station design and development**. Funding will help NASA promote new, private space stations to replace the International Space Station, which is scheduled for retirement in 2031.

**National Science Foundation (NSF)** – $8.84 billion, an increase of $351 million above the FY 2021 enacted level to support cutting edge research including:

- **NSF Research and Related Activities** – $7.2 billion is provided, an increase of $250 million above FY 2021.

- **Education and Human Resources** -- $1.01 billion is provided, an increase of $38 million above FY 2021.

**Legal Services Corporation** – $489 million, $24 million above the FY 2021 enacted level to provide legal assistance to underserved communities.

**Equal Employment Opportunity Commission** – $420 million, $15.5 million above the FY 2021 enacted level.

**International Trade Commission (ITC)** – $110 million, $7 million above the FY 2021 enacted level.

# Division C – Defense

## Overview:

For 2022, the bill provides $728.5 billion in discretionary spending, an increase of $32.5 billion above 2021. The legislation:

- Protects our national security, preserves our domestic advanced manufacturing base to support jobs and economic growth, and invests heavily in research and development.
- Eliminates the Overseas Contingency Operations budget gimmick.
- Promotes democracy by countering China with strong funding to protect a free and open Indo-Pacific.
- Supports working families by funding the President's executive order of a $15 minimum wage for Department of Defense personnel.
- Confronts the climate crisis with historic investments for clean energy and climate adaptation to protect facilities, readiness, and global security.
- Addresses gender-based violence with funding to tackle sexual assault in the military and directs DoD to report on extremist activities.

To respond to Russian aggression in Ukraine, the bill includes $300 million for the Ukraine Security Assistance Initiative and $300 million for allies and partners in the region, including $180 million for the Baltic Security Initiative, $30 million for Poland, $30 million for Romania, $20 million for Bulgaria, and $40 million for Georgia.

## Bill Summary:

**Military Personnel**
Total: $166.8 billion

The FY 2022 Military Personnel recommendation is $166.8 billion in funding for active, reserve and National Guard military personnel, a decrease of $569 million below the budget request and an increase of $8.9 billion above the FY 2021 enacted level.

- Provides full funding necessary to support the proposed 2.7 percent military pay raise.
- Increases funding by $151.5 million above the President's request for the Department and Services' Sexual Assault Prevention and Response programs, for a total of $539.7 million. This includes $97 million for implementation of the Independent Review Commission on Sexual Assault in the Military, $47 million for the Special Victims' Counsel, and an increase of $7.5 million above the request for the Department's Sexual Assault Prevention and Response Office.
- Funds active duty end strength of 1,348,040, a decrease of 335 below current year and equal to the authorized level. Funds reserve component end strength of 799,500, a decrease of 2,500 below current year and equal to the request and the authorized level.
    - Army totals: 485,000 active duty, a decrease of 900 below current year and equal to the request; 189,500 reserve, a decrease of 300 below current year and equal to the request; and 336,000 Guard, a decrease of 500 below current year and equal to the request.

- o Navy totals: 346,920 active duty, a decrease of 880 below current year and equal to the authorized level; and 58,600 reserve, a decrease of 200 below current year and equal to the request.
- o Marine Corps totals: 178,500 active duty, a decrease of 2,700 below current year and equal to the request; and 36,800 reserve, a decrease of 1,700 below current year and equal to the request.
- o Air Force totals: 329,220 active duty, a decrease of 4,255 below current year and equal to the authorized level; 70,300 reserve, equal to current year and the request; and 108,300 Guard, an increase of 200 above current year and equal to the request.
- o Space Force totals: 8,400 active duty, equal to the authorized level and to the request.

**Operation and Maintenance**
Total: $256.3 billion

The FY 2022 Operation and Maintenance recommendation is $256.3 billion, an increase of $2.6 billion above the budget request and an increase of $64 billion above the FY 2021 base enacted level.

- Provides $30.7 billion to the Departments of the Army, Navy, Marine Corps, and Air Force for depot maintenance.
- Provides $1.5 billion for Environmental Restoration activities, $486.5 million above the request and of which $210 million are for costs associated with PFOS/PFOA cleanup. In addition, provides $15 million for study and assessment of health implications of PFOS/PFOA contamination in drinking water.
- Provides an increase of $1.6 billion in Facilities Sustainment, Repair and Modernization programs across Active, Reserve and Guard components.
- Provides an additional $120 million for climate infrastructure programs.
- Provides $264 million in added funds for the Navy's Shipyard Infrastructure Optimization Program (SIOP).
- Provides $9.4 billion to fund SOCOM's operation and maintenance requirements.
- Provides $1 million to the Army for the renaming of installations, facilities, roads and streets that bear the name of confederate leaders and officers.
- Provides increases for National Guard Youth Challenge ($210m); and Starbase ($42 million).
- Provides an additional $40 million for the Office of Defense Local Community Cooperation for the Defense Community Infrastructure Program.
- Provides $50 million for Impact Aid and $20 million for Impact Aid for those with disabilities.
- Provides $8.6 million for gender advisor programs.
- Provides $50 million for the Procurement Technical Assistance Program.
- Provides $345 million for the Cooperative Threat Reduction Program.
- Provides $75 million for noise mitigation tools for communities.
- Provides $5 million for ex-gratia payments, including for families of the victims of the August 29, 2021, air strike in Kabul, Afghanistan.

*Security Cooperation Programs*
- $300 million for the Ukraine Security Assistance Initiative.
- $1.3 billion for International Security Cooperation Programs, including:
  - o $300 million to shore up the defenses of U.S. allies and partners facing of Russian aggression, including $180 million for Estonia, Latvia, and Lithuania through the Baltic Security Initiative; $30 million for Poland; $30 million for Romania; $20 million for Bulgaria; and $40 million for Georgia.
  - o $165 million for programs with countries in the Africa Command area of responsibility, $60 million above the request.
  - o $90 million for programs with Jordan.

- o Supports international security cooperation programs with countries in Indo-Pacific Command, including Maritime Security Programs.
- Requires the Secretary of Defense, in coordination with the Secretary of State, to provide integrated security cooperation strategies for key U.S. partner nations.
- Up to $500 million for Jordan, including not less than less than $150 million for reimbursements for enhanced border security.
- $50 million for Coalition Support Funds, including support for U.S. allies and partners who fought in Afghanistan.

*Counter-ISIS Train and Equip Fund*
- $500 million to support the Iraqi Security Forces, Kurdish Peshmerga, and the Syrian Democratic Forces counter ISIS.
- Requires the Secretary of Defense to ensure elements are appropriately vetted and receiving commitments to promote respect for human rights and the rule of law.
- No funds may be used with respect to Iraq or Syria in contravention of the War Powers Resolution.
- No funds to establish any military base for the purpose of providing for the permanent stationing of U.S. Armed Forces in Iraq.
- No funds to exercise U.S. control over any oil resource of Iraq or Syria.

*Overseas Humanitarian, Disaster, and Civic Aid*
- Provides $160 million for foreign disaster relief, humanitarian assistance, and the humanitarian mine action program, $50 million above the budget request.

**Procurement**
Total: $144.9 billion

For FY 2022, the bill provides $144.9 billion, an increase of $12.4 billion above the budget request and an increase of $8.4 billion above the FY 2021 base enacted level.
- Provides $12.4 billion above the total funding request for increased investments in ground vehicles, aircraft, ships, munitions, and other equipment.

*Aircraft*
- Funds 12 F/A-18E/F Super Hornet aircraft ($977 million).
- Funds the request of 85 F-35 aircraft ($8.5 billion).
- Funds 12 F-15EX aircraft to recapitalize the F-15C/D fleet ($1.1 billion).
- Funds the request of 14 KC-46 tankers ($2.3 billion).
- Funds the request of 14 HH-60W combat rescue helicopters ($744 million).
- Funds 29 C/KC/MC-130J aircraft, 20 more than the request ($3.1 billion), including 16 C-130J aircraft for the Air National Guard and 4 C-130J aircraft for the Air Force Reserve.
- Funds 12 MQ-9 Reaper air vehicles for the Marine Corps and Air Force, six more than the request ($365 million).
- Funds the second lot of CH-47F Block II Chinook aircraft and long-lead funding for the third lot to ensure that the Army stays on schedule with the program of record ($170 million).
- Provides $211.5 million above the request to fund a total of 33 UH/HH-60M Blackhawk helicopters ($842 million).
- Funds the requested 30 remanufactured AH-64 Apache helicopters ($469 million).
- Funds the request of five E-2D Advanced Hawkeye aircraft ($749.6 million).
- Funds 11 CH-53K helicopters, two more than the request ($1.5 billion).
- Funds 12 V-22 helicopters, four more than the request (1.1 billion).

- Provides $166 million for SOCOM's Armed Overwatch Program.
- Provides $29 million for a SOCOM MH-60 resulting from a battle loss.

*Shipbuilding*
- Provides $26.7 billion to procure 13 Navy ships, $4.1 billion above the request.
- Funds are provided for two DDG-51 guided missile destroyers, two SSN-774 attack submarines, one Frigate, two TAO Fleet Oiler, two towing, salvage, and rescue ships, one T-AGOS(X) auxiliary general ocean surveillance ship, one expeditionary sea base, one expeditionary medical ship, and one expeditionary fast transport.

*Vehicles/Force Protection*
- Provides $139 million above the request to procure an additional 41 Stryker A1 combat vehicles for a total of 228 vehicles ($1.08 billion).
- Provides $175 million above the request to upgrade a total of 90 Abrams tanks to the M1A2 SEPv3 tank variant ($1.15 billion).
- Provides $227 million above the request for an additional 23 Paladin Integrated Management self-propelled howitzers ($663 million).
- Provides an additional $100 million for Army National Guard HMMWV modernization.
- Provides $183 million above the request to install Anti-lock Brake System/Electronic Stability Control (ABS/ESC) kits on existing Army HMMWV vehicles for improved safety.
- Provides $374 million above the request to accelerate fielding of Counter-Small Unmanned Aerial System equipment ($434 million).
- Fully funds the Army's request for production of 23 Mobile Protected Firepower systems ($287 million).
- Fully funds the Army's request for 2,744 Joint Light Tactical Vehicle trucks and trailers ($574 million).
- Provides $78 million above the request for autonomous, lightweight Counter Unmanned Aerial Systems for Special Operations Forces.

*Other*
- Provides $47 million above the request for Defense Production Act Purchases to ensure the timely availability of domestic industrial base capabilities essential for the national defense ($388 million).
- Provides $1,327 million to procure five National Security Space Launch services.
- Provides $853 million to procure three GPS IIIF spacecraft.
- Provides $200 million to fully support Israeli Cooperative procurement programs (Iron Dome, David's Sling, and Arrow).
- Includes $950 million for the National Guard and Reserve Equipment Account (NGREA).

**Research, Development, Test and Evaluation (RDT&E)**
Total: $119.2 billion

For FY 2022, the bill provides $119.2 billion, an increase of $7.2 billion above the budget request and an increase of $12.1 billion above the FY 2021 base enacted level.
- Invests in basic and applied scientific research, development, test and evaluation of new technologies and equipment, and supports the research community so forces will have the systems and equipment for tomorrow's challenges.

*Aircraft*
- Fully funds the continued development and modernization of the F-35 Joint Strike Fighter ($2.1 billion).
- Fully funds the continued development of the Air Force's B-21 bomber ($2.9 billion).

- Fully funds the Air Force's Next Generation Air Dominance program ($1.5 billion).
- Provides $77.5 million above the request for the Army's Future Long Range Assault Aircraft ($521 million).
- Fully funds the continued development and testing of the CH-53K helicopter ($257 million).

*Vehicles and Ground Forces*
- Provides $15 million above the request to support the Army's Long Range Hypersonic Weapon ($315 million).
- Fully funds the Army's Mobile Medium Range Missile ($286 million).
- Fully funds the Army's Precision Strike Missile ($188 million).

*Defense Advanced Research Project Agency (DARPA)*
- Provides $3.87 billion for DARPA research programs.

*Other*
- Provides an additional $30 million for PFAS remediation and disposal technology.
- Provides an additional $28.7 million for PFAS destruction technologies.
- Provides an additional $20 million for AFFF replacement, disposal, and cleanup technology.
- Provides $300 million for the Israeli cooperative research and development programs, including David's Sling and Arrow-3.
- Provides $246million for the Global Positioning System IIIF program.
- Provides $402 million for the Global Positioning System III Operational Control Segment.
- Provides $434 million for Global Positioning System user equipment.
- Provides $202 million for National Security Space Launch.
- Provides $2.34 billion for Next Generation Overhead Persistent Infrared.
- Provides $2.5 billion for the Ground Based Strategic Deterrent and $599 million for the Long Range Standoff Weapon.
- Provides $1.3 billion for the Navy's Conventional Prompt Strike program.

**Revolving and Management Funds**
Total: $2.017 billion

The FY 2022 Revolving and Management Funds recommendation is $2.017 billion in base funding, which is $115 million above the budget request and an increase of $544 million above the FY 2021 enacted level.
- Fully funds the Defense Commissary Agency to ensure servicemembers and their families receive continued savings for food and household goods as part of the military pay and benefits package.

**Other Department of Defense Programs**

*Defense Health Programs*
- $37.35 billion for medical and health care programs of the Department of Defense. Within this total, adds $577.5 million for cancer research. The total amount is distributed as follows:
  - $150 million for the breast cancer research program;
  - $110 million for the prostate cancer research program;
  - $50 million for the kidney cancer research program;
  - $45 million for the ovarian cancer research program;
  - $20 million for the lung cancer research program;
  - $40 million for the melanoma research program;
  - $15 million for the pancreatic cancer research program;

- o  $17.5 million for the rare cancer research program; and
- o  $130 million for the cancer research program.
- o  Adds $175 million for the peer-reviewed traumatic brain injury and psychological health research program.
- o  Adds $40 million for spinal cord research.
- o  Adds $40 million for the joint warfighter medical research program.
- o  Adds $30 million for a new toxic exposures research line.

*Chemical Agents and Munitions Destruction*
- $1.09 billion, as requested.

*Drug Interdiction and Counter-Drug Activities*
- $926 million, including $194 million for the National Guard Counter-Drug Program.

*Office of the Inspector General*
- $438.4 million, as requested.

*General Provisions*
- $200 million for an Artificial Intelligence Development Fund.
- $50 million to build a workforce to tackle Artificial Intelligence-specific challenges.

**Oversight and Reform Provisions**
- No funds may be used in contravention of the War Powers Resolution.
- No funds for the Taliban.
- No funds for the Russian state-owned arms export agency Rosoboronexport.
- Provides that nothing in this Act may be construed as authorizing the use of force against Iran or North Korea.
- Requires the Secretary of Defense to notify Congress not later than 15 days after a foreign base is opened or closed.
- Directs the Secretary of Defense to provide all remaining documents to judicial authorities in El Salvador investigating the El Mozote massacre.
- Provides $1 million to the Army for the renaming of installations, facilities, roads and streets that bear the name of confederate leaders and officers since the Army has the preponderance of the entities to change.
- Includes over $500 million to construct, renovate, repair, or expand public schools on military installations and requires laborers and mechanics to be paid prevailing wages.
- Includes $3.3 billion in prior year rescissions.

**Support to Israel**
- In addition to the amount covered in the MOU, the bill provides an additional $1 billion for the Iron Dome defense system to counter short-range rocket threats and to replace missile interceptors from the May 2021 conflict.

# Division D – Energy & Water Development

## Overview:

The 2022 Energy and Water Development and Related Agencies funding bill provides $54.97 billion, an increase of $3.2 billion above the fiscal year 2021 enacted level. The legislation:

- Creates tens of thousands of good-paying jobs with a focus on deploying clean energy technologies and the green jobs of tomorrow in communities across the country
- Confronts the climate crisis with more than $14 billion of transformative investments in clean energy and science, which will help develop clean, affordable, and secure American energy
- Rebuilds our nation's water infrastructure, critical to protecting communities from more frequent and severe storms and addressing the worsening drought

**Bill Summary:**

**Army Corps of Engineers –** For fiscal year 2022, the bill provides a total of $8.3 billion, an increase of $548 million above the fiscal year 2021 level and an increase of $1.6 billion above the budget request.

- **Investigations** – The bill provides $143 million, an increase of $37.2 million above the request.
- **Construction** – The bill provides $2.49 billion, an increase of $700 million above the request.
- **Operation and Maintenance** – The bill provides $4.57 billion, an increase of $720 million above the fiscal year 2021 level and $2.07 billion above the request.
- **Harbor Maintenance Trust Fund projects** receive an estimated $2.05 billion, an increase of $370 million above fiscal year 2021 and $424.1 million above the request. The bill provides these funds in accordance with the budgetary adjustments made by the CARES Act and the Water Resources Development Act of 2020.
- Funds the **Water Infrastructure Finance and Innovation Program** to provide $500 million in loans for non-federal water infrastructure.

**Department of the Interior and Bureau of Reclamation –** For fiscal year 2022, the bill provides a total of $1.92 billion, an increase of $233 million above the fiscal year 2021 level and $371 million above the budget request.

- **Central Utah Project** – The bill provides $23 million, an increase of $2 million above the fiscal year 2021 level and $3 million above the request.
- **Bureau of Reclamation** – The bill provides $1.9 billion, an increase of $231 million above the fiscal year 2021 level and $368 million above the request.

**Department of Energy –** For fiscal year 2022, the bill provides a total of $44.9 billion for the Department, an effective increase of $2.9 billion above the fiscal year 2021 level after accounting for one-time rescissions of emergency funds in fiscal year 2021.

- **Energy Efficiency and Renewable Energy** – The bill provides a record-level $3.2 billion, an increase of $338 million above the fiscal year 2021 level. This funding provides for clean, affordable, and secure energy and ensures American leadership in the transition to a global clean energy economy.
- **Cybersecurity, Energy Security, and Emergency Response** – The bill provides $185.8 million, an increase of $29.8 million above the fiscal year 2021 level. This funding provides for efforts to secure the nation's energy infrastructure against all hazards, reduce the risks of and impacts from cybersecurity events, and assist with restoration activities.
- **Electricity** – The bill provides $277 million, an increase of $65.3 million above the fiscal year 2021 level. This funding will advance technologies to increase the resiliency and efficiency of the nation's electricity delivery system with capabilities to incorporate growing amounts of clean energy technologies.
- **Nuclear Energy** – The bill provides $1.65 billion, an increase of $147 million above the fiscal year 2021 level. The funding invests in research, development, and demonstration activities that develop the next generation of clean and safe reactors, further improve the safety and economic viability of our

current reactor fleet, and contribute to the nation's long-term leadership in the global nuclear power industry.

- **Fossil Energy and Carbon Management** – The bill provides $825 million, an increase of $75 million above the fiscal year 2021 level. This funding advances carbon reduction and mitigation in sectors and applications that are difficult to decarbonize, including the industrial sector, with technologies and methods such as carbon capture and storage, hydrogen, and direct air capture, while assisting in facilitating the transition toward a net-zero carbon economy and rebuilding a U.S. critical minerals supply chain.
- **Science** – The bill provides $7.475 billion, an increase of $449 million above the fiscal year 2021 level and $35 million above the request. The Office of Science funds basic science research in physics, biology, chemistry, and other science disciplines to expand scientific understanding and secure the nation's global leadership in energy innovation. The supported research supports nearly 28,000 researchers located at over 300 institutions, spanning all 50 states. The supported scientific user facilities serve over 36,000 users.
- **Nuclear Waste Disposal** – The bill provides $27.5 million for interim storage of nuclear waste and oversight of the Nuclear Waste Fund.
- **Advanced Research Projects Agency—Energy** – The bill provides $450 million, an increase of $23 million above the fiscal year 2021 level. This funding supports research aimed at rapidly developing energy technologies that are capable of significantly changing the energy sector to address the nation's critical economic, environmental, and energy security challenges.
- **Indian Energy Policy and Programs** – The bill provides $58 million, an increase of $36 million above the fiscal year 2021 level. This funding will provide technical assistance, direct and remote education, policy research and analysis, and financial assistance to Indian tribes, Alaska Native Village and Regional corporations, and Tribal Energy Resource Development Organizations.
- **National Nuclear Security Administration** – The bill provides $20.7 billion for DOE's nuclear security programs. This funding will maintain a safe, secure, and credible nuclear deterrent while addressing the threat of nuclear proliferation and terrorism. This includes:
  - **Weapons Activities –** $15.92 billion to maintain a safe and reliable nuclear deterrent.
  - **Defense Nuclear Nonproliferation –** $2.35 billion, an increase of $94 million above the fiscal year 2021 level. This funding secures nuclear material at home and abroad, combats the threat of nuclear terrorism, and provides emergency response capabilities.
  - **Naval Reactors –** $1.9 billion, an increase of $234 million above the fiscal year 2021 level, to continue safe and reliable operation of the Navy's nuclear-powered fleet.
- **Environmental Management** – The bill provides $7.9 billion, an increase of $318 million above the fiscal year 2021 level. This funding is used for nuclear cleanup work at 16 sites across the country. This includes:
  - **Non-Defense Environmental Cleanup –** $333.9 million, an increase of $14.7 million above the fiscal year 2021 level.
  - **Uranium Enrichment Decontamination and Decommissioning –** $860 million, an increase of $19 million above the fiscal year 2021 level and $28.7 million above the request.
  - **Defense Environmental Cleanup –** $6.71 billion, an increase of $284 million above the fiscal year 2021 level.
- **Loan Guarantee Programs –** Maintains funding consistent with the fiscal year 2021 levels.
- **Power Marketing Administrations** – The bill provides the net budget request levels for the Southeastern Power Administration, Southwestern Power Administration, and Western Area Power Administration.

**Independent Agencies**

- **Nuclear Regulatory Commission** – The bill provides a total net appropriation of $131 million, equal to the request. This funds regulatory activities to ensure the safe use of nuclear reactors and radioactive materials while protecting people and the environment.
- **Defense Nuclear Facilities Safety Board** – The bill provides $36 million, an increase of $5 million above the fiscal year 2021 level. The Board provides recommendations regarding public health and safety matters at Department of Energy defense nuclear facilities.
- **Appalachian Regional Commission** – The bill provides $195 million, an increase of $15 million above the fiscal year 2021 level. The Commission funds efforts in the Appalachian Region to promote economic and community development, education and job training, and critical infrastructure.
- **Delta Regional Authority** – The bill provides $30.1 million, equal to the request. This funding targets the economic development needs of distressed portions of the Mississippi River Delta Region.
- **Denali Commission** – The bill provides $15.1 million, equal to the request. This funding provides critical utilities, infrastructure, health services, and economic support throughout Alaska.
- **Northern Border Regional Commission** – The bill provides $35 million, an increase of $5 million above the fiscal year 2021 level and $4.9 million above the request. This funding targets the economic development needs of distressed portions of Maine, New Hampshire, Vermont, and New York.
- **Southeast Crescent Regional Commission** – The bill provides $5 million, an increase of $4 million above the fiscal year 2021 level and $2.5 million above the request. This funding targets the economic development needs of distressed portions of Alabama, Florida, Georgia, Mississippi, North Carolina, South Carolina, and Virginia.
- **Southwest Border Regional Commission** – The bill provides $2.5 million, equal to the request and $2.25 million above the fiscal year 2021 level. This funding targets the economic development needs of distressed portions of Arizona, California, New Mexico, and Texas.
- **Nuclear Waste Technical Review Board** – The bill provides $3.8 million, equal to the request. The Board provides independent technical oversight of the Department of Energy's nuclear waste disposal program.

## Division E – Financial Services & General Government

**Overview:**

The 2022 Financial Services and General Government funding bill includes $25.5 billion, an increase of $1.1 billion over 2021. The legislation:

- Assists small businesses and entrepreneurs through the Small Business Administration and Community Development Financial Institutions
- Protects our democracy with Election Security Grants that ensure the integrity and safety of our elections
- Rebuilds the Internal Revenue Service to finally crack down on big corporations and the wealthy who aren't paying their fair share and to provide better customer service to working families navigating the tax system
- Supports working and middle-class families by increasing funding for consumer protection activities at the Consumer Product Safety Commission and the Federal Trade Commission

**Bill Summary:**

**Department of the Treasury –** For fiscal year 2022, the bill provides a total of $14.3 billion in discretionary appropriations for the Department, an increase of $811 million above the FY 2021 enacted level. Of the total provided for the Department of the Treasury, the bill includes:

- $295 million for **Community Development Financial Institutions**, an increase of $25 million above the FY 2021 enacted level. The total amount includes $173 million for financial and technical assistance grants and $35 million for the Bank Enterprise Award Program to help struggling businesses in underserved communities.
- $240.5 million for **Inspectors General** offices within the Treasury Department, an increase of $10 million above the FY 2021 enacted level, to ensure robust oversight of Departmental policies and practices.
- $161 million for the **Financial Crimes Enforcement Network**, an increase of $34 million above the FY 2021 enacted level, to boost efforts to combat terrorist financing and money laundering.
- $195 million for the **Office of Terrorism and Financial Intelligence**, an increase of $20 million above the FY 2021 enacted level, to continue investments to protect the integrity of the financial system.
- $80 million for the Department's **Cybersecurity Enhancement Account,** an increase of $62 million above the FY 2021 enacted level, to address the impacts of the SolarWinds attack and minimize the impact of future attacks.
- $128 million for the **Alcohol and Tobacco Tax and Trade Bureau**, an increase of $4 million above the FY 2021 enacted level.
- **Internal Revenue Service (IRS) –** The bill includes $12.6 billion for the IRS, an increase of $675 million above the FY 2021 enacted level.  The largest increase since 2001.  Additionally, the bill provides special funding transfer authority and direct hire authority to address the backlog of returns and correspondence. Of this amount, the bill includes:
  - $2.8 billion, an increase of $225 million above the FY 2021 enacted level, for **Taxpayer Services**. This total includes support for the Volunteer Income Tax Assistance Matching Grants Program, Low Income Taxpayer Clinic, the Taxpayer Advocate, Tax Counseling for the Elderly, and increased personnel to improve IRS customer service.
  - $5.4 billion, an increase of $225 million above the FY 2021 enacted level, for **Enforcement**. These funds support increased enforcement efforts and additional essential personnel.
  - $4.1 billion, an increase of $173 million, including the program integrity allocation adjustment, above the FY 2021 enacted level, for **Operations Support**.
  - $275 million, an increase of $52 million above the FY 2021 enacted level, for **Business Systems Modernization** to modernize IRS legacy systems and improve IRS Web applications.

**Executive Office of the President –** The bill includes a total of $786 million, an increase of $27 million above the FY 2021 enacted level.

- **Office of Administration** – The bill provides $106.5 million, an increase of $6.5 million above the FY 2021 enacted level. The bill also includes language allowing the Office to pay White House and other Executive Office of the President interns, in line with recent actions by Congress to pay its interns.
- **Office of Management and Budget (OMB) –** The bill provides $116 million for OMB, an increase of $9.4 million above the FY 2021 enacted level.
- **Office of National Drug Control Policy (ONDCP) –** The bill includes a total of $449 million for ONDCP, including:
  - $297 million for the **High Intensity Drug Trafficking Areas Program**, an increase of $7 million above the FY 2021 enacted level; and
  - $106 million for the **Drug-Free Communities Program**, an increase of $4 million above the FY 2021 enacted level.

**The Judiciary –** The bill includes a total of $8 billion in discretionary appropriations, an increase of $267 million above the FY 2021 enacted level.

- **Courts of Appeals, District Courts, and Other Judicial Services** – $5.6 billion, an increase of $186 million above the FY 2021 enacted level, to support court operations and increased services in Probation and Pretrial.
- **Defender Services** – $1.3 billion, an increase of $27 million above the FY 2021 enacted level, to support the right to the assistance of counsel.
- **Court Security** – $705 million, an increase of $41 million above the FY 2021 enacted level, to support security needs and protective services in courthouses, as identified by the U.S. Marshals Service.

Additionally, the bill extends temporary judgeships in several districts.

**District of Columbia** – The bill includes a total of $775.5 million, an increase of $28 million above the FY 2021 enacted..

- $40 million **for D.C. Resident Tuition Support**, equal to the FY 2021 enacted level.
- $25 million for **Emergency Planning and Security Costs** in DC equal to the President's request.
- $4 million for **HIV/AIDS Testing and Treatment** to help prevent the spread of HIV/AIDS in the District of Columbia.
- $8 million, equal to the FY 2021 enacted level, to fund infrastructure improvements for the **D.C. Water and Sewer Authority**.

**Independent Agencies:**

- **Consumer Product Safety Commission (CPSC)** – The bill funds the CPSC at $139 million, an increase of $4 million above the FY 2021 enacted level. Within the total, $2 million is provided for Virginia Graeme Baker Pool Safety grants.
- **Election Assistance Commission (EAC)** – The bill provides $75 million for **Election Security Grants** to augment State efforts to improve the security and integrity of elections for Federal office. In addition, $20 million is included for EAC operating expenses, an increase of $3 million above the FY 2021 enacted level.
- **Federal Communications Commission (FCC)** – The bill includes $382 million for the FCC, an increase of $8 million above the FY 2021 enacted level, to support efforts to expand broadband access, improve the security of U.S. telecommunications networks, and administer billions in COVID relief programs.
- **Federal Trade Commission (FTC)** – The bill includes $376.5 million for the FTC, an increase of $25.5 million above the FY 2021 enacted level, to bolster antitrust, privacy, and consumer protection work.
- **General Services Administration (GSA) Federal Buildings Fund (FBF)** – The bill includes $9.3 billion in spending authority for the FBF. The total funding level includes:
  - $246 million for construction of U.S. Courthouses in Hartford, CT, Chattanooga, TN and San Juan, PR;
  - $581 million for **Repairs and Alterations**; and
  - $53 million for Special emphasis projects including $15 million for to improve security at federal childcare facilities and $20 million to increase security at U.S. courthouses.
- **National Archives and Records Administration (NARA)** – The bill provides a total of $477 million for NARA, an increase of $79 million above the FY 2021 enacted level and $51 million above the President's request. This amount includes $2 million for implementation of the Civil Rights Cold Case Record Collections Act of 2018, $12.3 million for the National Historical Publications & Records Commission Grants Program, $30 million to help prepare for the 250th anniversary of the founding of the United States, and $41 million for other repairs and restorations.

- **Office of Personnel Management (OPM)** – The bill includes $373 million, an increase of $11 million above the FY 2021 enacted level, for OPM to manage and provide guidance on Federal human resources and administer Federal retirement and health benefit programs.
- **Securities and Exchange Commission (SEC)** – The bill includes $2 billion, an increase of $73.5 million above the FY 2021 enacted level, for the SEC to monitor the capital and securities markets, ensure full disclosure of appropriate financial information, and combat financial fraud and malpractice. This amount also includes funding for move costs related to the SEC's Fort Worth and San Francisco regional offices.
- **Small Business Administration (SBA)** – The bill provides a total of $1 billion for SBA, an increase of $109 million above the FY 2021 enacted level, to support investments in programs to help underserved entrepreneurs access capital and contracting opportunities. The bill includes $290 million, an increase of $18 million above the FY 2021 enacted level, for **Entrepreneurial Development Programs**, including:
  - $138 million for **Small Business Development Centers**;
  - $37 million for **Microloan Technical Assistance**;
  - $17 million for the **Federal and State Technology Partnership Program, Growth Accelerators,** and **Regional Innovation Clusters**; and
  - $24 million for **Women's Business Centers**.

**Important Policy Changes:**
- **Strengthens our democracy:**
  - ***Apportionment Transparency*** – Includes a new provision requiring OMB to make apportionments of appropriations publicly available in a timely manner.
  - ***Budget Landing Page*** – Includes new language requiring OMB to create a single landing page that links to all Federal agency budget submissions to Congress.
  - ***Improvements in Budget Execution*** – Includes new provisions that require budget authority be made available prudently for obligation**,** executive agencies to provide budget and appropriations information to the Government Accountability Office (GAO) promptly, and agencies to notify Congress of certain delays or restrictions in apportionment of appropriations.
  - ***Recordkeeping*** – Includes a new provision related to recordkeeping requirements for certain GAO audits.

# Division F – Homeland Security

## Overview:

The 2022 Homeland Security funding bill provides $81.1 billion in discretionary resources, including $77.9 billion for non-defense programs; $3.2 billion for defense-related programs; and $18.8 billion for major disaster response and recovery activities. When excluding offsetting collections and major disaster funding, the total provided in the bill is $57.5 billion, which is $5 billion above the budget request and $5.6 billion above the FY2021 enacted level. The legislation:

- Dramatically increases funding to protect our critical physical infrastructure, prevent cyber-attacks and root out cyber intrusions
- Invests strongly in maritime security through operational funding and investment in new fleet assets for the Coast Guard
- Makes responsible investments in border security and respects the dignity of immigrants with new funding to improve migrant processing and reduce backlogs in refugee, asylum, and immigration benefit applications

## Bill Summary:

**Office of the Secretary –** The bill provides $271.1 million for the Office of the Secretary and Executive Management, an increase of $65.2 million above the FY2021 enacted level and an increase of $21.3 million above the President's budget request, including:

- $23.2 million for the Office of Immigration Detention Ombudsman to investigate and resolve complaints regarding misconduct by DHS personnel and violations of the rights of individuals in DHS custody, including through unannounced inspections of detention facilities; and
- $35 million to be transferred to FEMA, including:
  - $20 million for Targeted Violence and Terrorism Prevention grants; and
  - $15 million for an Alternatives to Detention case management grant pilot program.

**Management Directorate –** The bill provides $1.637 billion for the Management Directorate, an increase of $238.5 million above the FY2021 enacted level and $16.5 million below the President's budget request.

- $209.7 million for the continued development of the **DHS headquarters campus** at St. Elizabeths.
- $200 million for joint migrant processing centers, including funds provided in title V of the bill.

**Office of Inspector General –** The bill provides $205.4 million for the Office of Inspector General, an increase of $15.2 million above the FY2021 enacted level and equal to the request.

**U.S. Customs and Border Protection (CBP) –** The bill provides $14.8 billion for CBP, $428.2 million below the FY2021 enacted level and $25.7 million above the President's budget request, including:

- $30 million for new body worn cameras and video recording equipment for Border Patrol Stations.
- $27.5 million for the implantation of the Uyghur Forced Labor Prevention Act.
- $23 million for onsite mental health clinicians and resiliency efforts.
- $5 million for tuition assistance and $6 million for caregivers and childcare services for CBP employees.
- $20 million for the increased efforts in the Office of Trade.
- $30 million for processing improvements.
- $10 million for Port of Entry Technology.
- $72.4 million for new aircraft and aircraft sensors.
- $256 million for border technology.
- $87 million for non-intrusive inspection systems.
- $650 million to compensate for the pandemic related reduction in customs and immigration user fee revenue.
- $1.0 billion for increased border management requirements.

**U.S. Immigration and Customs Enforcement (ICE) –** Provides $8.26 billion for ICE, $284.7 million above the FY2021 enacted level and $266.7 million above the President's budget request, including:

- $2.27 billion for Homeland Security Investigations, an increase of $128.7 million above the FY2021 enacted level and $99.7 above the request.
- $4.18 billion for Enforcement and Removal Operations, $56.9 million above the FY2021 enacted level and $109.4 million above the President's budget request, including:
  - $3.3 billion for Custody Operations and Transportation and Removal, $39.9 million above the FY2021 enacted level and $100 million above the President's budget request; and
  - $442.7 million for Alternatives to Detention, $2.5 million above the FY2021 enacted level and $2.2 million above the President's budget request.

Provides *no* funding for additional immigration enforcement personnel.

Provides *no* additional funding for Immigration Hearing Facilities to support the illegal and inhumane Remain in Mexico program.

Provides $25 million above the request for ICE's fleet replacement program to improve the safety of ICE officers and agents.

Provides $6 million above the request to support data modernization efforts.

Provides $8.5 million above the request to accelerate overdue efforts for ICE's body-worn cameras pilot program.

Provides $2.5 million above the request to address gaps in the design and plans for inspections and oversight at ICE's civil detention facilities.

**Transportation Security Administration (TSA)** – Provides $**8.49** billion for TSA, $ 176 million above the FY2021 enacted level and $23 million above the President's budget request, including:

- Provides $131 million for computed tomography screening equipment and credential authentication and standoff detection technology.
- Fully funds the Visible Intermodal Prevention and Response teams (VIPR); staffing at exit lanes; and the Law Enforcement Officer reimbursement program.
- $30 million for reimbursements to airports for legacy purchases of in-line explosive detection systems.

**Coast Guard** – Provides $11.5 billion for the Coast Guard, $515.0 million above the FY2021 enacted level and $582.4 million above the President's budget request, including:

- $2.0 billion for significant new investments in the Coast Guard's air and marine fleet, and facilities, including:
  - Continued support for the Offshore Patrol Cutter program, Fast Response Cutters, MH-60 helicopters, Polar Security Cutter and C-130 J aircraft.
  - $354.650 million, which is $75.0 million above the request for shore facilities and other infrastructure, including housing for Coast Guard families.
- $141.4 million above the request to invest further in Coast Guard operational readiness, personnel and their families, including additional investment in cybersecurity, communications, workforce readiness, tuition assistance and childcare subsidy.

**United States Secret Service (USSS)** – Provides $2.6 billion for the USSS, $173 million above the FY2021 enacted level and $39.9 million above the President's budget request, including:

- $6 million for grants related to investigations of missing and exploited children; and
- $6 million for additional overtime and retention incentives
- $2.3 million for IT support
- $5.7 million for basic and advanced computer forensics training for state and local law enforcement officers, judges, and prosecutors in support of the Secret Service mission

**Cybersecurity and Infrastructure Security Agency (CISA)** – Provides $2.6 billion for CISA, $568.7 million above the FY2021 enacted level and $460 million above the President's budget request, including:

- $271.9 million to further advance CISA's Cybersecurity Operations, including
  - a $119.5 million increase for threat hunting, including $95.5 million for the CyberSentry program;
  - a $64.1 million increase for vulnerability management;
  - an $11 million increase for the Multi-State Information and Analysis Center, for a total of $38 million for the center; and
  - a $32.4 million increase for the Continuous Diagnostics and Mitigation program for a total of $357.8 million for the program;
- $47.7 million for Infrastructure Security and Integrated Operations, including
  - a $17.1 million increase for additional cyber- and protective security advisors and other regional support;
  - an $8 million increase for increased public gathering security-related activities; and
  - a $7.5 million increase for bombing prevention activities;
- $78.6 million for Emergency Communications, including
  - a $47.6 million increase for Next Generation Networks Priority Services; and
  - a $20 million increase to begin efforts for a Next Generation 911 Ecosystem Program;
- $45.7 million for Risk Management Operations; and
- $19 million for Stakeholder Engagements and Requirements, including a $10.5 million increase for Sector Risk Management Agency Management.

**Federal Emergency Management Agency (FEMA) –** Provides $23.9 billion for FEMA, $2.19 billion above the FY2021 enacted level and $159 million below the President's budget request, including:

- $18.8 billion for disaster response and recovery efforts; and
- $3.6 billion for Federal Assistance, including:
  - $633 million for the State Homeland Security Grant Program (SHSGP), including $113 million for the SHSGP Nonprofit Security Grants Program;
  - $728 million for the Urban Areas Security Initiative (UASI), including $113 million for the UASI Nonprofit Security Grant Program;
  - $720 million for firefighter grant programs;
  - $130 million for the Emergency Food and Shelter program.
  - $40 million for the Next Generation Warning System to improve the capabilities of public broadcasters to send critical emergency and civil defense warnings;
  - $20 million transferred from the Office of the Secretary for Targeted Violence and Terrorism Prevention grants; and
  - $15 million transferred from the Office of the Secretary for an Alternatives to Detention case management grant pilot program.

**U.S. Citizenship and Immigration Services (USCIS) –** Provides $409.5 million for USCIS, $281.7 million above the FY2021 enacted level and $60 million below the President's budget request, including:

- $275 million for application processing to address USCIS backlogs and delays; and
- $20 million for the Citizenship and Integration Grant program.

**Other**

- $1.45 billion in additional support for CBP, ICE, and FEMA to help manage the high volume of migrants arriving at the southern border, including:
  - $1.06 billion for CBP for processing facilities; migrant medical care, transportation, personnel overtime and other costs;

- o $239.7 million for ICE for processing capacity, personnel overtime; transportation; and other costs; and
- o $150 million for FEMA's Emergency Food and Shelter Program for nonprofit organizations sheltering migrants.
- $355.6 million for the Federal Law Enforcement Training Centers, $15.3 million above the FY2021 enacted level and equal to the President's budget request.
- $886.3 million for the Science and Technology Directorate, $ 120.8 million above the FY2021 enacted level and $63.5 million above the President's budget request.
- $50 million for the National Coast Guard Museum.
- $452 million for the Countering Weapons of Mass Destruction Office, $49.7 million above the FY2021 enacted level and $24.6 million above the request, to include $14.5 million for child welfare professionals and $13 million for electron health records.

## Policy Provisions

- Increases the federal share of the cost for response and recovery from 75 percent to at least 90 percent for disasters and emergencies that were declared or occurred in 2020 and 2021.

- Requires ICE to make information about the 287(g) program publicly available.

- Requires ICE to terminate any 287(g) agreement if the DHS Office of Inspector General determines that such terms have been materially violated.

- Requires ICE to sever contracts with detention facilities that fail two consecutive inspections and requires more frequent inspections by ICE's Office of Professional Responsibility.

- Ensures access by Members of Congress to detention facilities.

- Prohibits DHS from destroying records related to the death of, potential sexual assault against, or abuse of individuals in its custody.

- Ensures that information shared with ICE by the Department of Health and Human on potential sponsors of unaccompanied children cannot be used by ICE for detention or removal purposes unless the sponsor has a dangerous criminal background.

- Prohibits DHS from placing pregnant women in restraints except in extraordinary circumstances.

- Requires public reporting on requests to DHS by non-DHS law enforcement agencies for law enforcement support and requires approval by the Secretary or his designee for support related to a mass gathering or protest event.

- Requires ICE to publish information on a publicly available website with the numbers and types of people in its custody, such as:
  - o families and transgender detainees;
  - o border apprehension detainees;
  - o interior enforcement detainees; and
  - o those who are in custody who have a positive credible fear claim.

- Provides an exception to a limitation on reorganization authority that allows the Secretary to establish an office of the Chief Medical Officer.

# Division G – Interior-Environment

## Overview:

The 2022 Interior, Environment, and Related Agencies Appropriations bill, includes $38 billion, an increase of $1.893 billion over the 2021 enacted level. There is also an additional $2.45 billion of funding provided under the fire suppression cap adjustment The legislation:

- Creates good-paying American jobs through investments in renewable energy development, including offshore wind, and a national initiative to reclaim abandoned mines and cap orphan oil and gas wells
- Confronts the climate crisis by expanding environmental enforcement efforts and launching a renewed focus on land and water conservation
- Supports Native American families by investing in a strong and resilient Indian Country, including through education and health care programs
- Dramatically expands environmental justice efforts to address unacceptable pollution in communities of color
- Honors the federal government's responsibilities to Native Americans

## Bill Summary:

**Department of the Interior (DOI) –** The bill provides a total of $14.1 billion in discretionary appropriations for DOI – $776 million above the 2021 enacted level. Of this amount, the bill includes:

- $1.41 billion for the **Bureau of Land Management**, $101 million above the fiscal year 2021 enacted level. Within this amount, the bill includes:
  - No less than $78 million for **sage-grouse conservation.**
  - $31 million for **threatened and endangered species**
  - $137 million for the **wild horse and burro program**, $21 million above the fiscal year 2021 enacted level.
- $1.65 billion for the **U.S. Fish and Wildlife Service**, $62 million above the fiscal year 2021 enacted level. Within this amount, the bill includes:
  - $277 million for **Ecological Services**, $8 million above the fiscal year 2021 enacted level.
  - $519 million for **National Wildlife Refuge System**, $15 million above the fiscal year 2021 enacted level.
  - $23 million for **Science Support**, $6 million above the fiscal year 2021 enacted level.
- **$3.26 billion for National Park Service**, $142 million above the fiscal year 2022 enacted level. Within this amount, the bill includes:
  - $2.77 billion for **Operation of the National Park System**, $79 million above the fiscal year 2021 enacted level.
  - $84 million for **National Recreation and Preservation**, $10 million above the fiscal year 2021 enacted level.
  - $173 million for the **Historic Preservation Fund**, $29 million above the fiscal year 2021 enacted level. Within this amount, the bill includes $74 million for State and Tribal Historic Preservation Offices, $26.5 million for Save America's Treasures grants, $28 million for competitive grants to preserve the sites and stories of underrepresented community civil rights, and $10 million for grants to Historically Black Colleges and Universities.
- $1.39 billion for the **U.S. Geological Survey**, $79 million above the fiscal year 2021 enacted level.
- $164 million for the **Bureau of Ocean Energy Management**, $36 million above the fiscal year 2021 enacted level. Within this amount, the bill includes:

- o $37 million for **renewable energy an increase of $8 above the fiscal year 2021 enacted level.**
- o $80 million for **environmental assessment an increase of $4 million above the fiscal year 2021 enacted level.**
- $268 million for the **Office of Surface Mining Reclamation and Enforcement,** $46 million above the fiscal year 2021 enacted level. Within this amount, the bill includes:
  - o $118 million for **Regulation and Technology,** an increase of $25 million above the fiscal year 2021 enacted level.
  - o $149 million the **Abandoned Mine Land Reclamation Fund**, an increase of $20 million above the fiscal year 2021 enacted level.
- $3.66 billion for **Bureau of Indian Affairs**, **Bureau of Indian Education**, and the **Office of the Special Trustee,** $150 million above the fiscal year 2021 enacted level. Within this amount, the bill includes:
  - o $1.8 billion for operation of **Bureau of Indian Affairs Operation of Indian Programs**, $204 million above the fiscal year 2021 enacted level.
  - o Establishes and provides $1 million for a new **Indian Land Consolidation** account.
  - o $147 million for **Bureau of Indian Affairs Construction**, $18 million above the fiscal year 2021 enacted level.
  - o $11.8 million for the **Indian Guaranteed Loan Program**, equal to the fiscal year 2021 enacted level.
  - o $1 billion for **Bureau of Indian Education Operation of Indian Programs**, $50 million above the fiscal year 2021 enacted level.
  - o $264 million to **Bureau of Indian Education Construction**, equal to the fiscal year 2021 enacted level.
  - o Fully funds **Contract Support Costs** and **Payments for Tribal Leases**.
  - o $109.6 million for the **Office of the Special Trustee,** $1.2 million above the fiscal year 2021 enacted level.
- $122 million for Office of Insular Affairs, $7 million above the fiscal year 2021 enacted level.
- $62 million for Office of Inspector General, $3.6 million above the fiscal year 2021 enacted level.
- $95 million for the Office of the Solicitor, $8 million above the fiscal year 2021 enacted level.
- $5 million for the new Energy Community Revitalization Program that will be supplemented by funding provided in Public Law 117-58.

**Environmental Protection Agency (EPA) –** The bill provides a total of $9.56 billion in for EPA – $323 million above the 2021 enacted level. Of this amount, the bill includes:

- $3.566 billion for EPA's core **science and environmental program work**, an increase of $224 million above the 2021 enacted level. Within these amounts, the bill includes:
  - o $587 million for **Geographic Programs** which help with restoration of nationally significant bodies of water like the Great Lakes, Chesapeake Bay, and Long Island Sound. This is an increase of $45 million above the 2021 enacted level.
  - o $539 million for **environmental compliance monitoring and enforcement activities and grants**, a $13 million increase above the 2021 enacted level.
- $4.352 billion for **State and Tribal Assistance Grants**, a $38 million increase above the 2021 enacted level. Within this amount, the bill includes:
  - o $2.77 billion for **Clean Water and Drinking Water State Revolving Funds**, equal to the 2021 enacted level.
  - o $43 million for **Combined Sewer Overflow grants**, a $3 million increase above the enacted level.
  - o $92 million for **Brownfields cleanups**, a $1 million increase above the 2021 enacted level.

- o $92 million for **Diesel Emissions Reductions grants**, a $2 million increase above the enacted level.
- $1.233 billion for **Superfund**, a $27 million increase above the 2021 enacted level.
- $100 million for **Environmental Justice activities**, an $83 million increase above the 2021 enacted level.

**Wildland Fire Management (WFM) -** The bill provides $5.48 billion for WFM, which includes, $2.45 billion in cap adjusted fire suppression funding. The bill provides an increase of $211 million for WFM.

**Related Agencies –**
- $3.7 billion for the **Forest Service (non-fire)**, an increase of $239 million above the 2021 enacted level.
- $6.6 billion for the **Indian Health Service for fiscal year 2022**, an increase of $395 million above the fiscal year 2021 enacted level.
  - o $4.7 billion for health services, $359 million above the fiscal year 2021 enacted level.
  - o $940 million for health facilities construction, $22 million above the fiscal year 2021 enacted level. This continues $5 million to invest in green infrastructure.
  - o Fully funds Contract Support Costs and Payments for Tribal Leases.
- $180 million each for the **National Endowment for the Arts** and the **National Endowment for the Humanities**, which is $12.5 million more than the 2021 enacted levels.
- $1.06 billion for the **Smithsonian Institution**, $29 million above the fiscal year 2021 enacted level.
- $15 million for the **Woodrow Wilson International Center for Scholars**, $1 million above the fiscal year 2021 enacted level.
- $40.4 million for the **John F. Kennedy Center for the Performing Arts**, equal to the 2021 enacted level and equal to the President's budget request.
- $62.6 million for the **United States Holocaust Memorial Museum**, $1 million above the fiscal year 2021 enacted level. The NEVER AGAIN EDUCATION ACT (Public Law 116-141) is fully funded at $2 million to enhance the U. S. Holocaust Memorial Museum's education programming on the Holocaust and genocide prevention.

**Land and Water Conservation Fund (LWCF)** – The bill provides for the allocation of the full $900 million now permanently available from the Land and Water Conservation Fund as a result of enactment of the Great American Outdoors Act. These allocations include $418 million for the federal program, $330 million for the state grants program, and $152 million for other non-federal grant programs.

**Outcome of Policy Provisions:**
The bill includes the following policy provisions that were previously enacted:
- Sec. 123 retains restrictions on the issuance of rules for sage grouse.
- Sec. 428 continues a provision limiting oil and gas development near Chaco Culture National Historical Park.
- Sec. 432 addresses carbon emissions from forest biomass.
- Sec. 433 addresses the use of small remote incinerators in the State of Alaska.
- Sec. 436 continues a provision prohibiting the use of funds to promulgate or implement permitting requirements under Title V of the Clean Air Act for certain livestock emissions.
- Sec. 437 continues a provision prohibiting funds to implement any provision that requires reporting mandatory greenhouse gas emissions from manure management operations.
- Sec. 438 retains provision prohibiting funds to regulate the lead content of ammunition or fishing tackle.

# Division H – Labor-HHS-Education

## Overview:

The 2022 Labor, Health and Human Services, Education, and Related Agencies funding bill provides $213.6 billion, an increase of $15.3 billion – 7.7 percent – above 2021. The legislation:

- Grows opportunity with transformative investments in education, including strong funding increases for high-poverty schools and students with disabilities, as well as programs that expand access to post-secondary education
- Strengthens lifesaving biomedical research with increased funding for the National Institutes of Health, and includes funding to establish the Advanced Research Projects Agency for Health
- Bolsters our public health infrastructure with more resources for the Centers for Disease Control and Prevention and for states and local governments to strengthen infrastructure and capacity
- Addresses our nation's most urgent health crises, including maternal health, mental health, gun violence, and substance misuse, while making strides to reduce persistent and unacceptable health disparities
- Supports middle class and working families with increased funding for child care and development programs, Head Start, and preschool development grants
- Creates and sustains good-paying American jobs through investments in job training, apprenticeship programs, and worker protection

## Bill Summary:

**Department of Labor (DOL) –** The bill provides a total of $13.2 billion in discretionary appropriations for DOL, an increase of $653 million above the FY 2021 enacted level.  Of this amount, the bill includes:

- $9.8 billion for the **Employment and Training Administration,** an increase of $412 million above the FY 2021 enacted level. Within this amount, the bill includes:
    - $2.9 billion for **Workforce Innovation and Opportunity Act State Grants,** an increase of $34 million above the FY 2021 enacted level.
    - $95.4 million for **Migrant and Seasonal Farmworkers**, an increase of $1.5 million above the FY 2021 enacted level.
    - $102.1 million for the **Reintegration of Ex-Offenders**, an increase of $2 million above the FY 2021 enacted level.
    - $235 million for **Registered Apprenticeships**, an increase of $50 million above the FY 2021 enacted level.
    - $99 million for **YouthBuild**, an increase of $2.5 million above the FY 2021 enacted level.
    - $50 million, an increase of $5 million over the FY 2021 enacted level, to continue and expand **Strengthening Community College Training Grants** to help meet local and regional labor market demand for a skilled workforce by providing training to workers in in-demand industries at community colleges and four-year partners.
    - $1.7583 billion for **Job Corps**.
    - $405 million for the **Senior Community Service Employment for Older Americans Program**.
    - $2.9 billion for operation of the **Unemployment Insurance** program, an increase of $285 million above the FY 2021 enacted level. The bill also includes contingency funding to help States if there is a spike in unemployment claims.
    - $80 million for **Foreign Labor Certification**, an increase of $2 million above the FY 2021 enacted level. Funds will help support Federal oversight and enforcement of regulations and assist States in reviewing and conducting oversight of processing applications.

- $1.8 billion for **Worker Protection Agencies**, an increase of $42 million above the FY 2021 enacted level. Within this amount, the bill includes:

- o $251 million for the **Wage and Hour Division**, an increase of $5 million above the FY 2021 enacted level.
- o $612 million for the **Occupational Safety and Health Administration**, an increase of $20 million above the FY 2021 enacted level
- o $186 million for the **Employee Benefits Security Administration**, an increase of $5 million above the FY 2021 enacted level

- $106 million for the **Bureau of International Labor Affairs**, an increase of $10 million above the FY 2021 enacted level.

- $18 million for the **Women's Bureau**, an increase of $3 million above the FY 2021 enacted level.

- $60.5 million for the **Homeless Veterans Reintegration Program**, an increase of $3 million above the FY 2021 enacted level.

**Department of Health and Human Services (HHS)** – The bill provides a total of $108.3 billion for HHS, an increase of $11.3 billion above the FY 2021 enacted level. Of this amount, the bill includes:

- **Advanced Research Projects Agency for Health (ARPA-H)** – The bill includes $1 billion to establish ARPA-H within the HHS Office of the Secretary to accelerate the pace of scientific breakthroughs for diseases such as ALS, Alzheimer's disease, diabetes, and cancer.

- **National Institutes of Health (NIH)** – The bill provides a total of $45 billion for NIH, an increase of $2.25 billion above the FY 2021 enacted level. The bill includes an increase of no less than 3.4 percent for each Institute and Center to support a wide range of biomedical and behavioral research, as well as targeted investments in several high-priority areas, including:
  - o $6.9 billion, an increase of $353 million above the FY 2021 enacted level, for the **National Cancer Institute,** including $194 million for the **Cancer Moonshot**;
  - o $3.2 billion, an increase of $289 million above the FY 2021 enacted level for **Alzheimer's disease and related dementias research**;
  - o $3.2 billion, an increase of $104 million above the FY 2021 enacted level, for **HIV/AIDS research**, including an increase of $10 million for the Centers for AIDS Research as part of the **Ending the HIV Epidemic Initiative**;
  - o $25 million to implement the **Accelerating Access to Critical Therapies for ALS** Act;
  - o An increase of $30 million to support research on maternal morbidity and mortality through the **Implementing a Maternal Health and Pregnancy Outcomes Vision for Everyone (IMPROVE) initiative**;
  - o An increase of $50 million for research related to **opioids, stimulants, and pain/pain management**;
  - o An increase of $50 million for **health disparities research**;
  - o $12.5 million to continue **firearm injury and mortality prevention research**;
  - o $xxx million, an increase of $xx million above the FY 2021 enacted level, for **Universal Flu Vaccine Research**;
  - o $75 million, an increase of $10 million above the FY 2021 enacted level, for the **INCLUDE Down syndrome research initiative**;
  - o $59 million, an increase of $8 million above the FY 2021 enacted level, for the **Office of Research on Women's Health**; and
  - o Increased investments in increasing diversity in the biomedical research workforce, including $5 million above the FY 2021 enacted level for **Research Centers in Minority Institutions**, an increase of $6 million for research workforce programs, and an increase of $10 million to

strengthen the **Office of the CIO for Scientific Workforce Diversity**;

- **Centers for Disease Control and Prevention (CDC)** – The bill includes a total of $8.5 billion for CDC, an increase of $582 million above the FY 2021 enacted level. This includes $903 million in transfers from the Prevention and Public Health Fund.

- The bill includes significant investments in our nation's public health infrastructure including:
  - $200 million in a new, flexible funding stream for **public health infrastructure and capacity nationwide**.
  - $100 million, an increase of $50 million above the FY 2021 enacted level, to **modernize public health data surveillance and analytics** at CDC and State and local health departments.
  - $61 million, an increase of $5 million above the FY 2021 enacted level, in **public health workforce** initiatives.
  - $180 million, an increase of $5 million above the FY 2021 enacted level, for the **National Center for Health Statistics**.
  - $715 million, an increase of $20 million above the FY 2021 enacted level, for **public health emergency preparedness cooperative agreements**.

- The bill provides increases for numerous public health efforts, including:
  - $83 million, an increase $20 million above the FY 2021 enacted level, for **safe motherhood and infant health.**
  - $195 million, an increase of $20 million above the FY 2021 enacted level, for the **Ending the HIV Epidemic Initiative**.
  - $491 million, an increase of $15 million above the FY 2021 enacted level, for **opioid overdose prevention and surveillance**.
  - $182 million, an increase of $10 million above the FY 2021 enacted level, for the **antibiotic resistance initiative**.
  - $647 million, an increase of $54 million above the FY 2021 enacted level, for **global health**.

- **Substance Abuse and Mental Health Services Administration (SAMHSA)** – The bill funds SAMHSA at $6.5 billion – an increase of $530 million above the FY 2021 enacted level. SAMHSA funding includes:

  - **Mental Health:** $2 billion, an increase of $288.8 million over the FY 2021 enacted level, including an $100 million increase to the **Mental Health Block Grant** (MHBG), making investments across the behavioral health continuum to support prevention, screening, treatment, and other services.
  - **Mental health resources for children and youth**: $120 million for **Project AWARE**, an increase of $13 million above the FY 2021 enacted level; $81.8 million for the **National Child Traumatic Stress Initiative**, an increase of $10 million above the FY 2021 enacted level; and $10 million for **Infant and Early Childhood Mental Health**, an increase of $2 million above the FY 2021 enacted level.
  - **Suicide prevention**: $101.6 million for the **Suicide Lifeline**, an increase of $77.6 million above the FY 2021 enacted level to support the implementation of the Lifeline's new 988 number; $5 million to create a new **Behavioral Health Crisis and 988 Coordinating Office**; and $38.8 million for **Garrett Lee Smith Youth Suicide Prevention** grants, an increase of $2.3 million above the FY 2021 enacted level.
  - Increases the **mental health crisis systems** set-aside in the MHBG to 5 percent of the total.
  - Creates a new **Mental Health Crisis Response Partnership Pilot Program**, which will provide $10 million to help communities create mobile behavioral health crisis response teams.

- o **Substance use treatment**: $3.9 billion, an increase of $99.8 million above the FY 2021 enacted level, including continued funding for opioid prevention and treatment, recovery, and tribal-focused treatment efforts. This includes $1.85 billion, an increase of $50 million above the FY 2021 enacted level, for the **Substance Abuse Prevention and Treatment Block Grant** (SABG); $1.525 billion for **State Opioid Response Grants**, an increase of $25 million over the FY 2021 enacted level; $34.9 million for **Pregnant & Postpartum Women**, an increase of $2 million above the FY 2021 enacted level; $13 million for **Building Communities of Recovery**, an increase of $3 million above the FY 2021 enacted level; and $101 million, an increase of $10 million, for **Medication Assisted Treatment**.
- o **Substance abuse prevention**: $218.2 million, an increase of $10 million above the FY 2021 enacted level. This includes $127.4 million for the **Strategic Prevention Framework**, an increase of $8 million above the FY 2021 enacted level; and $12 million for the **Sober Truth on Preventing Underage Drinking** (STOP Act), an increase of $2 million.

- **Health Resources and Services Administration (HRSA)** – The bill includes $8.9 billion for HRSA, an increase of $1.4 billion above the 2021 enacted level. The amount includes:

  - o $1.7 billion, an increase of $65 million above the FY 2021 enacted level, for the **Health Centers** program, including $30 million, an increase of $25 million, to support **school-based health centers**, and $5 million to establish the **Alcee L. Hastings Program for Advanced Cancer Screening in Underserved Communities**;
  - o $2.5 billion, an increase of $71 million above the FY 2021 enacted level, for the **Ryan White HIV/AIDS** program;
  - o $122 million, an increase of $20 million, in **Health Centers** and $125 million, an increase of $20 million, in the **Ryan White HIV/AIDS program** for the **Ending the HIV Epidemic Initiative**;
  - o $1.3 billion, an increase of $72 million above the FY 2021 enacted level, for HRSA's Bureau of **Health Professions** programs to support health workforce development, including:
    - ▪ $5 million to establish the **Pediatric Subspecialty Loan Repayment Program**;
    - ▪ $24 million, an increase of $8 million above the FY 2021 enacted level, for the **Substance Use Disorder Treatment and Recovery Loan Repayment Program**; and
    - ▪ $375 million, an increase of $25 million above the FY 2021 enacted level, for **Children's Hospitals Graduate Medical Education**;
  - o $1 billion, an increase of $43 million above the FY 2021 enacted level, for programs to improve **maternal and child health**, including:
    - ▪ $748 million, an increase of $35 million above the FY 2021 enacted level, for the **Maternal and Child Health Block Grant**;
    - ▪ $12 million, an increase of $3 million above the FY 2021 enacted level, for **Alliance for Maternal Health Safety Bundles**;
    - ▪ $29 million, an increase of $6 million above the FY 2021 enacted level, for **State Maternal Health Innovation Grants**;
    - ▪ $4 million, an increase of $1 million above the FY 2021 enacted level, for the **Maternal Mental Health Hotline**;
    - ▪ $132 million, an increase of $4 million above the FY 2021 enacted level, for **Healthy Start**;
    - ▪ $6.5 million, an increase of $1.5 million above the FY 2021 enacted level, for **Screening and Treatment for Maternal Depression and Related Disorders**.
  - o $366 million, an increase of $37 million above the FY 2021 enacted level, for **Rural Health Programs**, including $5 million to establish the **Rural Emergency Hospitals Technical Assistance Program** and $6 million, an increase of $1 million, for the **Rural Maternity and Obstetrics Management Strategies (RMOMS)** program.

- **Agency for Healthcare Research and Quality (AHRQ)** – The bill provides $350 million for AHRQ, an increase of $12 million above the FY 2021 enacted level.

- **Centers for Medicare & Medicaid Services (CMS)** – The bill provides a total of $4 billion for CMS administrative expenses, an increase of $50 million above the FY 2021 enacted level.

- **Administration for Children and Families (ACF)** – The bill provides $29.9 billion in discretionary funding for ACF, an increase of $5.2 billion above the FY 2021 enacted level.
  - **Early childhood education** programs receive an increase of $558 million above the FY 2021 enacted level:
    - $6.2 billion for the **Child Care and Development Block Grant**, an increase of $254 million above the FY 2021 enacted level;
    - $11 billion for **Head Start**, an increase of $289 million above the FY 2021 enacted level; and
    - $290 million for **Preschool Development Grants**, an increase of $15 million above the FY 2021 enacted level.
  - $3.8 billion for the **Low Income Home Energy Assistance Program,** an increase of $50 million above the FY 2021 enacted level.
  - $755 million for the **Community Services Block Grant,** an increase of $10 million above the FY 2021 enacted level.
  - $161 million for **Child Abuse Prevention and Treatment Act (CAPTA) State Grants** and **Community Based Child Abuse Prevention (CBCAP)** programs, an increase of $10 million above the FY 2021 enacted level.
  - $200 million for **Family Violence and Prevention Services Act (FVPSA)** programs**,** an increase of $17.5 million above the FY 2021 enacted level.
  - $15.5 million for the **Domestic Violence Hotline**, an increase of $2.5 million above the FY 2021 enacted level.

- **Administration for Community Living (ACL)** – The bill funds ACL at $2.3 billion, an increase of $60 million above the FY 2021 enacted level. This amount includes:

  - $967 million for **Senior Nutrition** programs, an increase of $15 million above the FY 2021 enacted level;
  - $399 million for **Home and Community-based Supportive Services,** an increase of $6 million above the FY 2021 enacted level;
  - $205 million for **Family and Native American Caregivers** Services, an increase of $6 million above the FY 2021 enacted level;
  - $36 million for **Grants for Native Americans**, an increase of $1 million above the FY 2021 enacted level; and
  - $8.1 million for the **Lifespan Respite Program**, an increase of $1 million above the FY 2021 enacted level.

- **Office of the Secretary—General Departmental Management** – The bill provides $571 million, an increase of $20.5 million above the FY 2021 enacted level. The amount includes:

  - $64.8 million for the **Office of Minority Health**, an increase of $3 million above the FY 2021 enacted level.
  - $56.9 million for the **Minority HIV/AIDS Initiative**, an increase of $1.5 million above the FY 2021 enacted level.

- o  $38.1 million for the **Office on Women's Health**, an increase of $3 million above the FY 2021 enacted level.
- o  $5 million for **KidneyX**, equal to the FY 2021 enacted level, for a public-private partnership to accelerate the development and adoption of novel therapies and technologies to improve the diagnosis and treatment of kidney diseases.

- **Office of the Secretary—Public Health and Social Services Emergency Fund (PHSSEF) –** The bill provides $3.2 billion for PHSSEF, an increase of $352 million above the FY 2021 level.

- The bill provides funding to improve the nation's preparedness for public health emergencies, including:
  - o  $300 million, an increase of $13 million above the FY 2021 enacted level, for **pandemic influenza.**
  - o  $745 million, an increase of $148 million above the FY 2021 enacted level, for the **Biomedical Advanced Research and Development Authority (BARDA)**.
  - o  $780 million, an increase of $10 million above the FY 2021 enacted level, for **Project BioShield**.
  - o  $845 million, an increase of $140 million above the FY 2021 enacted level, for the **Strategic National Stockpile**.
  - o  $21 million, an increase of $15 million above the FY 2021 enacted level, to expand the number of **Regional Ebola and Other Special Pathogen Treatment Centers**.

**Department of Education (ED) –** The bill provides a total of $76.4 billion in discretionary appropriations for ED, an increase of $2.9 billion above the FY 2021 enacted level. Of this amount, the bill includes:

- **K-12 Education, including Individuals with Disabilities Education Act programs**—The bill provides $42.6 billion, an increase of $2 billion over the fiscal year 2021 enacted level. Within this amount, the bill provides:
  - o  $17.5 billion for **Title I Grants to Local Educational Agencies,** an increase of $1 billion above the FY 2021 enacted level. This is the largest increase in the program in more than a decade.
  - o  $14.5 billion for **Special Education**, an increase of $448 million above the FY 2021 enacted level. The amount includes:
    - ▪  $13.3 billion **for Part B Grants to States**, an increase of $406 million above the FY 2020 enacted level, and
    - ▪  $31 million for **Special Olympics** education programs, an increase of $7 million above the FY 2021 enacted level.
  - o  $831 million for **English Language Acquisition**, an increase of $34 million above the FY 2021 enacted level.
  - o  $2.2 billion for **Supporting Effective Instruction State Grants (Title II-A)**, an increase of $27 million above the FY 2021 enacted level.
  - o  $1.3 billion for **Student Support and Academic Enrichment State Grants**, an increase of $60 million above the FY 2021 enacted level.
  - o  $1.3 billion for **Nita M. Lowey 21st Century Community Learning Centers**, an increase of $30 million above the FY 2021 enacted level.
  - o  $1.6 billion for **Impact Aid**, an increase of $56 million above the FY 2021 enacted level.
  - o  $124 million for **Magnet Schools Assistance**, an increase of $15 million above the FY 2021 enacted level.
  - o  Continued support for a **Social and Emotional Learning (SEL) Initiative** to support SEL and "whole child" approaches to education. Within this amount, the bill provides:
    - ▪  $82 million, an increase of $15 million over the FY 2021 enacted level, for grants for evidence-based, field-initiated innovations that address student social, emotional, and cognitive needs within the **Education Innovation and Research** program;

- $85 million, an increase of $5 million over the FY21 enacted level, for the **Supporting Effective Educator Development (SEED)** program with a priority for teacher professional development and pathways into teaching that provide a strong foundation in implementing SEL and "whole child" strategies;
- $111 million within **School Safety National Activities** for Mental Health Services Professional Demonstration Grants and School-Based Mental Health Services Grants, an increase of $95 million over the FY 2021 enacted level, to help LEAs directly increase the number of mental health and child development experts in schools; and
- $75 million, an increase of $45 million over the FY 2021 enacted level, for **Full-Service Community Schools** to provide comprehensive services and expand evidence-based models that meet the holistic needs of children, families, and communities.

- **Career, Technical and Adult Education**—The bill provides $2.1 billion for Career, Technical and Adult Education, an increase of $61 million above the FY 2021 enacted level. This amount includes:

  - $1.38 billion for **CTE State Grants**, an increase of $45 million above the FY 2021 enacted level, and
  - $690 million for **Adult Education State Grants**, an increase of $16 million above the FY 2021 enacted level.

- **Student Financial Assistance**— The bill provides $24.6 billion for Federal student aid programs, an increase of $35 million above the FY 2021 enacted level.  Within this amount, the bill provides:

  - $6,895 for the maximum **Pell Grant**, an increase of $400 above the FY 2021 enacted level. This is the largest increase in the maximum award in more than a decade.
  - $895 million for the **Federal Supplemental Educational Opportunity Grant program**, an increase of $15 million above the FY 2021 enacted level.
  - $1.21 billion for **Federal Work Study**, an increase of $20 million above the FY 2021 enacted level.

- **Higher Education**— The bill provides $3 billion for higher education programs, an increase of $452 million above the FY 2021 enacted level.
  - Within this amount, the bill provides $885 million, an increase of $96 million over the FY 2021 enacted level, to assist primarily **Minority Serving Institutions (MSIs)** in the Aid for Institutional Development account, including:
    - $363 million for **Historically Black Colleges and Universities**, an increase of $25 million above the FY 2021 enacted level.
    - $183 million for **Hispanic Serving Institutions**, an increase of $34 million above the FY 2021 enacted level.
    - $44 million for **Tribally Controlled Colleges and Universities**, an increase of $6 million above the FY 2021 enacted level.
  - The bill also provides investments in the following higher education programs:
    - $1.14 billion for **Federal TRIO programs**, an increase of $40 million above the FY 2021 enacted level.
    - $378 million for **GEAR UP**, an increase of $10 million above the FY 2021 enacted level.
    - $59 million for **Teacher Quality Partnerships**, an increase of $7 million above the FY 2021 enacted level.
    - $65 million for the **Child Care Access Means Parents in School**, an increase of $10 million above the FY 2021 enacted level.

- **Howard University—** The bill provides $344 million for Federal student aid programs, an increase of $93 million above the FY 2021 enacted level. Within this amount, the bill provides $100 million to support new construction for **Howard University Hospital**.

**Related Agencies –**

- $1.2 billion for the **Corporation for National and Community Service (CNCS)**, an increase of $30 million above the FY 2021 enacted level.
  - Within the total amount, the bill includes:
    - $467 million for **AmeriCorps State and National Grants**, an increase of $12 million over the FY 2021 enacted level.
    - $231 million for **SeniorCorps programs**, an increase of $6 million over the FY 2021 enacted level.

- $525 million for the **Corporation for Public Broadcasting (CPB),** in 2024 advance funding, an increase of $50 million above the FY 2023 enacted level. In addition, the bill includes $20 million for the interconnection system and system wide infrastructure, equal to the FY 2021 enacted level.

- $268 million for the **Institute of Museum and Library Services**, an increase of $11 million above the FY 2021 enacted level.
  - Within the total amount, the bill includes $4 million for the **National Museum of the American Latino Act.**

- $13.3 billion for the **Social Security Administration's (SSA)** operating expenses, an increase of $411 million above the FY 2021 enacted level.

# Division I – Legislative Branch

## Overview:

The 2022 Legislative Branch funding bill appropriates a total of $5.925 billion, an increase of $625 million or 11.8 percent, over 2021. The legislation:

- Strengthens Legislative Branch capacity by increasing funding for Congressional offices by 21 percent so they can recruit and retain a talented and diverse workforce
- Protects our democracy with funding, building on the emergency supplemental passed in July, to secure the United States Capitol
- Improves training and bolsters wellness support for the Capitol Police, who were attacked on January 6
- Grows opportunity by increasing funding for internships to support more interns from working and middle-class families

## Bill Summary:

**House of Representatives** – The bill provides a total of $1.715 billion in discretionary appropriations for the House of Representatives, an increase of $238 million above the FY 2021 enacted level.

- $774.4 million for the **Members Representational Allowance (MRA),** the basic office budgets of House Members, an increase of $134.4 million (21%) above the FY 2021 level. This is the largest increase in the MRA appropriation since its authorization in 1996.

- $34.95 million for the offices of the **Majority and Minority Leadership**, an increase of $6 million (21%) above the FY 2021 level.
- $18.2 million in **funding for paid interns** for Member and Leadership offices including $2.3 million in new funding for interns within Committee offices. This allowance helps extend internship opportunities to people who may not be financially able to take an unpaid position.
- $197 million for the operations of **House committees**, an increase of $34.2 million (21%) above the FY 2021 level. This appropriation will cover the funding allocated to committees for 2021 by the biennial funding resolution adopted by the House in the 1st session of the 117th Congress (H. Res. 316).
- $288.5 million for the salaries and expenses of **House officers and employees**, including the offices of the Clerk of the House, Sergeant at Arms, Chief Administrative Officer (CAO), Parliamentarian, and Legislative Counsel, among others. This in an increase of $27.7 million above the FY 2021 level.
  - Within this funding, $27.7 million is provided for the Sergeant at Arms, $4.4 million above the FY 2021 level; $12.6 million for the Office of Legislative Counsel, $688,000 above the FY 2021 level; and $3 million for the Office of Diversity and Inclusion, $1.5 million above the FY 2021 level.
- $2 million for the **House Modernization Initiatives Account** to make Congress more effective, efficient, and transparent on behalf of the American people.
- $9.294 million the **Congressional Green and Gold Congressional Aide Program** (formerly Wounded Warrior Program/Gold Star Families), an increase of $5.3 million above the FY 2021 level.

**Other Agencies**

- $60.9 million for the **Congressional Budget Office (CBO)**, an increase of $3.7 million above the FY 2021 level. This funding level will allow CBO to be responsive to Committees, Leadership and Members to the greatest extent practicable and to modestly increase its efforts to improve modeling and analytical capability in key areas and to make its work as transparent and accessible as possible.
- $124.2 million for the **Government Publishing Office**, an increase of $7.2 million above the FY 2021 level. This funding allows for the publishing of Congressional information in both digital and print formats.
- $719.2 million for the **Government Accountability Office (GAO)**, an increase of $58.1 million above the FY 2021 level. This funding should allow the GAO to bring on 190 additional staff, including for the Science, Technology Assessment and Analytics Team, to handle its large workload, and to begin to address its information technology and building renovation needs.
- $794.0 million, an increase of $37 million above the FY 2021 level, for the **Library of Congress**, including the Copyright Office, Congressional Research Service, and National Library Service for the Blind and Print Disabled. This funding level will allow continued progress on urgent information technology needs and on modernization of systems for copyright registration and recordation and support ongoing Library initiatives such as the Veterans' History Project.
  - Of the amount for the Library, the bill includes $129.1 million for **Congressional Research Service**, an increase of $3.6 million above FY 2021 level.
  - The Library's total includes $10 million for the third, and final installment of funding for the Library's Visitor Experience initiative, subject to the Appropriations Committees' review of the specific plans, cost estimates, and schedules for the initiative. It also includes $5 million for modernizing the infrastructure that handles distribution of audio and Braille reading materials at the National Library Service for the Blind and for purchase of braille e-readers.
- $773.9 million for the **Architect of the Capitol**, an increase of $98.8 million above the FY 2021 level. Funding includes $128 million to continue restoration of the Cannon House Office Building.
- $602.5 million for the **Capitol Police**, an increase of $87 million above the FY 2021 level. Funding will allow for the hiring of up to 2,112 sworn officers and 450 civilian members of the Capitol Police. The Committee report includes several significant measures to help bring more transparency, diversity, and

leadership training, and standardize vetting and routinely review staff for employment suitability with the Capitol Police.

**Noteworthy Actions:**

- **Honoring Heroes -**The bill directs the AOC to affix a honorific plaque on the Western front of the Capitol honoring the law enforcement officers and agencies that responded to the attack on the United States Capitol on January 6

# Division J – Military Construction & Veterans Affairs

## Overview:

The 2022 Military Construction, Veterans Affairs, and Related Agencies Appropriations bill provides $284.6 billion, an increase of $32.7 billion – more than 13 percent – above 2021. Of this amount, discretionary funding for programs such as Veterans' health care and military construction totals $127.6 billion, an increase of $14.4 billion above 2021. The legislation:

- Supports our Veterans with investments in health care, including targeted investments that advance women's health, mental health, and homelessness assistance
- Rebuilds our infrastructure with strong investments to construct critical facilities on military installations including family housing and child development centers, and build, repair, and retrofit Veterans Affairs facilities
- Protects our national security with investments to respond to the challenges posed by Russian and Chinese aggression
- Confronts the climate crisis with increased climate change and resiliency funding to help military installations adapt to rising sea levels and worsening natural disasters
- Responds to natural disasters by providing funding for recovery and rebuilding of damaged installations
- Remediates harmful substances and chemicals leaked into the land and water sources

## Bill Summary:

**Military Construction –** The bill provides a total of $14.9 billion for military construction – $6.8 billion above the 2021 enacted level and $5 billion above the President's budget request. Of this amount, the bill includes:

- $224 million for **Child Development Centers**, of which $33 million is for planning and design for future facilities, and in total is $204 million above the FY 2022 budget request. The funds will support increased capacity and better facilities for the 1.2 million children of active duty servicemembers worldwide.
- $1.4 billion for **Family Housing,** an increase of $87 million above the 2021 enacted level and the same as the budget request. Within this amount, Family Housing Support and Management is funded at $116.2 million to address issues such as mold, vermin, and lead in military family housing.
- $928.9 million for construction or alteration of **Guard and Reserve** facilities in states and territories, an increase of $332.8 million above the 2021 enacted level and $259 million above the FY 2022 budget request.
- $215.9 million for the **NATO Security Investment Program**, an increase of $42.8 million above the 2021 enacted level and $10 million above the FY 2022 budget request, for infrastructure necessary for wartime, crisis, and peace support and deterrence operations, and training requirements. The funds will support responses to the challenges posed by Russian aggression as well as the risks and threats emanating from the Middle East and North Africa.

- $529.6 million for **Base Realignment and Closure**, an increase of $49.2 million above the 2021 enacted level and $245 million above the FY 2022 budget request. Within this amount, cleanup of Perfluorooctane Sulfanate and Perfluorooctanoic Acid (PFOS/PFOA) contamination is funded at $150 million.
- $4.3 billion for all eligible, authorized **Unfunded Requirement (UFR) projects**.
- $150 million for **Natural Disaster Recovery Construction**, to be distributed between the Air Force and Navy & Marine Corps.
- $20 million for the **Army National Guard transformation plan** project planning and design towards future facilities.
- $1.1 billion for **Barracks for Unaccompanied Soldiers** at various locations, $787 million above the FY 2022 budget request.
- $120 million for **Climate Change and Resiliency projects**, which is $106 million above the FY 2021 enacted level, and $120 million above the FY 2022 budget request.
- $625 million for **Shipyard Infrastructure Optimization Plan (SIOP)** projects, which is $465 million above the FY 2021 enacted level, and $219 million above the FY 2022 budget request.
- $125 million for planning and design, unspecified minor construction, and authorized major construction projects to address priority **Defense laboratory requirements**.
- $58.6 million for **INDOPACOM** planning and design to advance future projects.

**Department of Veterans Affairs (VA)** – The bill provides a total of $112.2 billion in discretionary appropriations for VA, an increase of $7.8 billion above the 2021 enacted level and $755 million below the President's budget request. These resources will serve to expand access to services for Veterans and will boost oversight and accountability across the department. Of this amount, the bill includes:

- $97.5 billion for **Veterans Medical Care,** an increase of $7.5 billion above the 2021 enacted level and equal to the President's budget request. This will provide care for 7.1 million patients expected to be treated by VA in FY 2022. This amount includes:
  - $13.2 billion for **Mental Healthcare**, an increase of $2.9 billion above the 2021 enacted level and equal to the President's budget request, including $598 million for suicide prevention outreach. This will support the nearly 2 million Veterans who receive mental health services in a VA specialty mental health setting, as well as support suicide prevention services like the Veterans Crisis Line, which saw an increase in demand by over 59 percent in the last year.
  - $840.4 million for **Gender-specific Care and Programmatic Efforts for Women**, an increase of $111 million above the comparable 2021 enacted level and $30 million above the President's budget request. Women are the fastest growing cohort within the Veteran community, with nearly 561,000 women Veterans using VA health services.
  - $2.2 billion for **Homeless Assistance Programs**, an increase of $246 million above the 2021 enacted level and equal to the President's budget request. This funding will enhance VA's ability to reach homeless Veterans, which is particularly crucial as the most recent homelessness survey showed that on a given night in January 2021, an estimated 19,750 Veterans were experiencing homelessness.
  - $621 million for **Opioid Abuse Prevention**, an increase of $149 million above the 2021 enacted level and equal to the President's budget request. This funding will allow for more targeted funding of pain management and opioid safety programs primarily at the facility level.
  - $327.5 million for **Rural Health Initiatives**, an increase of $27.5 million above the 2021 enacted level and $20 million above the President's budget request. This will build upon VA's success in having served 2.9 million Veterans at 600 rural serving sites.
  - $84 million for **Whole Health Initiatives**, an increase of $10 million above the 2021 enacted level and $10 million above the President's budget request. This will enable VA to build upon

the success of this program that focuses on Veterans' overall health and well-being, which has already reached 346,629 Veterans, or 7.41 percent of active VA users.

- Additionally, the bill includes $111.3 billion in advance fiscal year 2023 funding for **Veterans' medical care** – equal to the President's budget request. This funding will provide for medical services, medical community care, medical support and compliance, and medical facilities, and ensure that our Veterans have continued, full access to their medical care needs.

- $882 million for **Medical and Prosthetic Research**, an increase of $67 million above the 2021 enacted level and equal to the President's budget request. This funding will allow VA to fund approximately 2,563 total projects, support more than 1,700 researchers, and partner with more than 200 medical schools and other academic institutions.

- $2.5 billion to continue implementation of the **VA Electronic Health Record Modernization** initiative, $127 million below the 2021 enacted level and $163 million below the President's budget request. These funds will allow VA to support continued deployment of the new electronic health record (EHR) system at VA medical centers and allow for intensive staff training, critical to the success of the effort. The bill also continues robust oversight of this program, including by the Government Accountability Office, to ensure that the EHR system is implemented in a timely and efficient manner.

- $2.2 billion for **VA Construction**, an increase of $458 million above the 2021 enacted level and equal to the President's budget request. Within this amount, $1.6 billion is for Major Construction and $553 million is for Minor Construction. This increase will support VA's highest priority projects and correct critical seismic and safety deficiencies and address other performance gaps at VA facilities to ensure that Veterans can access care in modern facilities that are safe, secure, sustainable, and accessible.

- $3.5 billion for operating expenses of the **Veterans Benefits Administration**, an increase of $274 million above the 2021 enacted level and $31 million above the President's budget request, to ensure the prompt processing of disability claims and efforts to continue reducing the disability claims backlog. These funds will allow VA to complete an estimated 1.7 million disability compensation claims in 2022 and support service-connected compensation payments to an estimated 5.5 million Veterans, 500,000 survivors and dependents. In addition, pension payments will be funded for more than 350,000 Veterans and survivors. The bill also continues rigorous reporting requirements to track each regional office's performance on claims processing and appeals backlogs.
  - The funding provided above the budget request will help VA address claims for benefits due to newly identified service-connected health conditions related to toxic exposures.
  - Additionally, the bill includes $161 billion in advance mandatory funding for VA benefit programs.

**Related Agencies** – The bill provides a total of $434.2 million in discretionary appropriations for related agencies, an increase of $155.9 million above the 2021 enacted level and $4.4 million above the President's budget request. Of this amount, the bill includes:

- $228 million for **Arlington National Cemetery**, including $141 million to continue the urgently needed Southern Expansion project that will create 80,000 additional burial spaces. This is an increase of $146.2 million above the 2021 enacted level and equal to the President's budget request.

- $87.5 million for the **American Battle Monuments Commission**, $3.4 million above the fiscal year 2021 enacted level and $2.7 million more than the President's budget request. This will support continued maintenance of the graves of 124,000 American war dead in overseas cemeteries, as well as visitor and education services for the more than 3 million visitors expected to visit these sites in FY 2022.

- $77 million for the **Armed Forces Retirement Home**, $1.7 million above the 2021 enacted level and $1.7 million above the President's budget request. This will support the needs of the over 800 residents at the two retirement home campuses and invest in critical life and safety infrastructure improvements.

# Division K – State and Foreign Operations

## Overview:

The 2022 State, Foreign Operations, and Related Programs Appropriations bill provides $56.1 billion, which is $595 million above 2021. In addition, the legislation includes $6.8 billion in humanitarian, economic, and security assistance for Ukraine, the countries affected by the situation in Ukraine, and other assistance to vulnerable populations and communities, and $5 billion to enhance the global COVID response. This legislation:

- Invests in Global Health and the Prevention of Future Pandemics by including $9.83 billion to support the health of families and communities around the world, a $634 million increase over FY2021 enacted. Included is a substantial investment in global health security to prevent future pandemics through both bilateral and multilateral mechanisms. The legislation also includes an additional $5 billion to enhance the global COVID response.
- Provides $6.8 billion in humanitarian assistance to address the historic levels of global displacement and humanitarian need resulting from natural disasters, conflict, and the pandemic, and to rebuild the U.S. Refugee Admissions program.
- Recommends over $1.5 billion to address the Climate Crisis and other environmental issues.
- Supports women's health globally by preserving funding for bilateral family planning and reproductive health at $575 million and the U.S. contribution to the United Nations Population Fund (UNFPA) at $32.5 million.
- Provides over $1.6 billion to promote a free and open Indo-Pacific and help counter the growing influence of the government of the People's Republic of China in developing countries.
- Increases resources to the Department of the Treasury in order to provide economic relief to vulnerable low-income countries recovering from the impacts of the COVID-19 pandemic through both bilateral and multilateral programs.

## Bill Summary:

**State Department Operations and Related Agencies** – The bill provides a total of $17.2 billion for the operational costs of the State Department and related agencies, as well as diplomatic efforts to enhance peace and stability around the globe.

Within this amount, the legislation provides $5.8 billion for embassy security, the same as the fiscal year 2021 enacted level after adjusting for reduced costs related to Afghanistan. These funds will address needs at more than 275 diplomatic facilities overseas, including facility upgrades and security personnel.

**United States Agency for International Development (USAID) Operations** – The bill provides a total of $1.97 billion for USAID and the USAID Office of Inspector General – an increase of $263 million above the fiscal year 2021 enacted level. The legislation increases diversity, equity, inclusion, and accessibility initiatives in addition to supporting increased foreign service and civil service personnel, including for global health security and climate programs.

**Bilateral Economic and Global Health Assistance** – The bill contains a total of $19.05 billion for bilateral economic assistance to foreign countries – an increase of $2.34 billion from the fiscal year 2021 enacted

level.  Within this amount, programs that support development assistance, global health, and humanitarian assistance are prioritized.  In addition, the bill includes $5.95 billion to fight HIV/AIDS around the globe.

**International Security Assistance –** The bill provides a total of $8.9 billion for international security assistance.  Funds are included for international narcotics control and law enforcement activities, antiterrorism programs, nonproliferation programs, peacekeeping operations, and other critical international security efforts. The bill also provides funding to fight terrorist financing networks and bolsters border and airport security.

In addition, the legislation provides security assistance to key allies and partners.  The bill fully funds the $3.3 billion commitment to Israel's security, and it maintains strong support for Foreign Military Financing Program (FMF) assistance for Egypt, Georgia and Jordan.

The legislation also provides $650 million in FMF funding under division N for Ukraine and Eastern European allies and security partners facing threats from Russia.

**Multilateral Assistance –** The bill provides $2.37 billion for assistance to foreign countries through international organizations and banks – an increase of $334 million above the fiscal year 2021 enacted level. The bill fully provides for our assessed Contributions to International Organizations and continues our contributions to international financial institutions such as the World Bank's International Development Association as well as to other multilateral institutions, including the Global Environment Facility and the International Fund for Agricultural Development.

The bill supports increased partnership with multilateral institutions on providing additional COVID-19 assistance to combating the climate crisis.  In continuation of supporting countries through the pandemic, the bill provides a new contribution of $102 million to the International Monetary Fund for the Poverty Reduction and Growth Trust to help low-income countries respond to the economic impacts from the COVID-19 pandemic. The bill provides a new contribution of $125 million to the Clean Technology Fund to combat the climate crisis and help countries scale up low carbon technologies. The bill also includes a $5 million contribution to the Global Agriculture and Food Security Program to advance the UN Sustainable Development Goals on eliminating poverty and hunger.

**Export and Investment Assistance –** The bill provides $891.5 million for the Export-Import Bank (EXIM), the United States International Development Finance Corporation (DFC), and the Trade and Development Agency (TDA).   The bill provides $114 million for administrative expenses for EXIM, an increase of $4 million above the fiscal year 2021 enacted level, and provides funds to support EXIM's China and Transformational Exports Program to help American exporters compete fairly against PRC-backed competition.

The bill also provides $698 million for the DFC, an increase of $129 million above the fiscal year 2021 enacted level, to support administrative expenses for increased personnel to manage the DFC's expanding portfolio, including its monitoring and evaluation requirements. In addition, $2.8 million is provided for the DFC Office of Inspector General, an increase of $800,000 above the fiscal year 2021 enacted level, in order to have sufficient personnel and resources to conduct oversight on the DFC's portfolio. The bill also provides $79.5 million for the United States Trade and Development Agency, same as the fiscal year 2021 enacted level.

### *Funding for critical programs and organizations:*

**President's Emergency Plan for AIDS Relief (PEPFAR), including the Global Fund:**
- $5.95 billion for PEPFAR, including $1.56 billion for the Global Fund – $20 million more than the fiscal year 2021 enacted level and the President's budget request.

**Family Planning & UNFPA:**

- $575 million for family planning – same as fiscal year 2021 enacted level.
- $32.5 million for UNFPA – same as fiscal year 2021 enacted level.

**Other Global Health Programs:**
- $3.88 billion for programs to improve maternal and child health and fight infectious diseases, $614 million above the fiscal year 2021 enacted level and $241 million below the President's budget request.  Includes $700 million for Global Health Security, an $510 million increase above the fiscal year 2021 enacted level.

**Human Rights of All People including LGBTQI+ Communities:**
- $15 million for the Global Equality Fund – $5 million above the fiscal year 2021 enacted level.
- $10 million for the Protection of LGBTQI+ Persons, USAID – $4 million above the fiscal year 2021 enacted level.
- $500,000 for the Special Envoy for the Human Rights of LGBTI Persons – same as the fiscal year 2021 enacted level.
- $4 million for disability rights – $1 million above the fiscal year 2021 enacted level.

**International Basic Education:**
- $950 million for basic education – the same as the fiscal year 2021 enacted level and $267.5 million above the President's budget request. This includes $150 million for multilateral partnerships in education and requires not less than $150 million be spent on girl's education in areas of conflict.

**Humanitarian Assistance:**
- $6.8 billion for humanitarian assistance under the accounts Migration & Refugee Assistance (MRA), U.S. Emergency Refugee & Migration Assistance (ERMA), and International Disaster Assistance (IDA).  In addition, $4 billion under IDA and MRA are included in division N to respond to the situation in Ukraine and in countries impacted by the situation in Ukraine and for additional support for other vulnerable populations. Division M also includes $500 million in additional funding under IDA and MRA to enhance the Global COVID Response.

**Educational and Cultural Exchange (ECE) Programs:**
- $753 million for exchange programs - $12.7 million above the fiscal year 2021 enacted level and $11.7 million above the President's budget request.

**Biodiversity, Wildlife Trafficking, & Climate Initiatives:**
- $385 million for biodiversity - $65 million above the fiscal year 2021 enacted level and $167.3 million above the President's budget request.
- $125 million for wildlife trafficking - same as the fiscal year 2021 enacted level and $32.3 million above the President's budget request.
- $149.3 million for the Global Environment Facility, of which $12.7 million is for unmet commitments - $9.7 million above the fiscal year 2021 enacted level and the same as the President's budget request.
- $125 million for the Clean Technology Fund - $125 million above the fiscal year 2021 enacted level and $175 million below the President's budget request.

**Other Environment Programs:**
- $185 million for sustainable landscapes, $50 million above the fiscal year 2021 enacted level and $47.3 million below the President's budget request.
- $270 million for adaptation programs, $93 million above the fiscal year 2021 enacted level and $24 million below the President's budget request.

- $260 million for clean energy programs, $77 million above the fiscal year 2021 enacted level and $158 million less than the President's budget request.
- Provides authority for a contribution to the Adaptation Fund and the Least Developed Countries Fund to help countries adapt to new climate realties caused by climate change.

**Democracy Programs & National Endowment for Democracy (NED):**
- $2.6 billion for democracy programs - $183 million above the fiscal year 2021 enacted level
- $315 million for the National Endowment for Democracy - $15 million above the fiscal year 2021 enacted level and the President's budget.
- $340.7 million for Democracy Fund, of which $215.5 million is for the State Department and $125.2 million for USAID, and increase of $50 million above the fiscal year 2021 enacted level and the President's budget request

**Assessed & voluntary contributions for U.N. peacekeeping activities:**
- $1.5 billion for Contributions for International Peacekeeping Activities (CIPA).
- $455 million for Peacekeeping Operations (PKO), $14.2 million above the fiscal year 2021 enacted level and $14.5 million below the President's budget request.

**Assessed & voluntary contributions to international organizations:**
- $1.663 billion to fully fund our assessed Contributions to International Organizations (CIO), including for human rights-related arrears.
- $423 million for International Organizations & Programs (IO&P) – $35.5 million above the fiscal year 2022 enacted level and $34.1 million below the President's budget request.
  - Includes significant increases for two critical partners in the global response to climate change – the Montreal Protocol Multilateral Fund and the UN Intergovernmental Panel on Climate Change/UN Framework Convention on Climate Change.

**U.S. Agency for Global Media (USAGM):**
- $860 million for USAGM, which is $57 million above the fiscal year 2021 enacted level and $46.6 million above the President's budget request.

**Peace Corps:**
- $410.5 million for Peace Corps – same as the fiscal year 2021 enacted level and the President's budget request.

**The Asia Foundation:**
- $21.5 million for the Asia Foundation – $1.5 million above the fiscal year 2021 enacted level and President's budget request.

**East-West Center:**
- $19.7 million for the East-West Center - same as the fiscal year 2021 enacted level and President's budget request.

**Millennium Challenge Corporation (MCC):**
- $912 million for MCC – same as the fiscal year 2021 enacted level and the President's budget request and provides MCC new transfer authority to the DFC for private sector development.

**The U.S. Institute of Peace (USIP):**
- $54 million for USIP, which is $9 million above the fiscal year 2021 enacted level.

**The Inter-American Foundation:**
- $42 million for the IAF, which is $4 million above the fiscal year 2021 enacted level.

**U.S. African Development Foundation:**
- $40 million for the USADF, which is $7 million above the fiscal year 2021 enacted level.

### *Support for U.S. allies, partners, and programs including:*
*(amounts are included in account totals above)*

- **Assistance for programs in the West Bank and Gaza:** Not less than $219 million under Economic Support Fund for programs in the West Bank and Gaza serving the Palestinian people, which is $150 million above the fiscal year 2021 enacted level and $40 million above the President's budget request.
- **Assistance for Europe, Eurasia and Central Asia (AEECA):** $500 million for the countries of Eastern Europe, Eurasia and Central Asia. In addition, $1.12 billion for AEECA is included in division N for assistance and related programs for Ukraine and countries impacted by the situation in Ukraine.
- **Central America:** Provides funding to support the U.S. Strategy to Address the Root Causes of Migration in Central America, including $61.5 million to combat corruption, strengthen rule of law, and advance human rights; $70 million to address violence against women and girls; $100 million to promote locally-led development in El Salvador, Guatemala, and Honduras; and $50 million to support a new Central America Youth Empowerment Program to engage youth in the region to measurably reduce migration. Maintains strong prior year conditions on assistance to the central governments of El Salvador, Guatemala, and Honduras.
- **The Caribbean:** Not less than $80 million for the Caribbean Basin Security Initiative, $10 million for a new initiative to promote inclusive economic growth, $12 million to strengthen resilience to natural disasters, and $6.5 million for the Caribbean Energy Initiative.
- **Colombia:** Not less than $471 million, including $50 million for rule of law and human rights activities and $40 million to enhance security in rural municipalities with high coca production or levels of illicit activities. Strengthens conditions on assistance to ensure the Government of Colombia is holding accountable all those who committed illegal acts against protesters in 2020 and 2021.
- **Venezuela:** Not less than $40 million for democracy programs, as well as funding to support Venezuelan migrants in third countries.
- **Countering Russian Influence Fund:** $295 million.
- **Countering PRC Fund:** $300 million
- **Tibetan Communities:** $21 million for Tibetan communities, an increase of $4 million above the fiscal year 2021 enacted level; and $1 million for the U.S. Special Coordinator for Tibetan Issues.
- **The Nita M. Lowey Middle East Partnership for Peace Act**: $50 million to support the 2nd year of implementation, as authorized.
- **Israel:** $3.3 billion for assistance for Israel, fulfilling the MOU.
- **Jordan:** $1.65 billion for assistance for Jordan.
- **Egypt:** $1.3 billion for security assistance to Egypt, while increasing the amount of assistance subject to human rights and democratic governance conditions, including the amount excluded from the President's waiver authority, which also includes new human rights priorities.

### *Important policy provisions:*

**Promotes Diversity and Inclusion**
- The bill includes increased funding, authority, and guidance to equip the Secretary of State and USAID Administrator to increase diversity, equity, inclusion, and accessibility (DEIA) within the nation's diplomatic and development workforce. The bill includes $8 million for paid internships at the Department of State and increases funding for other workforce diversity initiatives at both the

Department of State and USAID, including a total of $12 million for the Pickering and Rangel Fellowships.

- The bill includes not less than $9.5 million for USAID's DEIA initiatives, including to support the new office of the Chief DEIA Officer and to implement USAID's DEIA strategic plan.

**Combatting the Impacts of COVID-19 Pandemic**
- The bill includes $52 million under Debt Restructuring for the Debt Service Suspension Initiative and the Common Framework to support low-income countries struggling under debt burdens exacerbated during the pandemic.
- The bill includes $102 million for a contribution to the IMF's Poverty Reduction Growth Trust that helps low-income countries by offering concessional loans.

**Emphasizes gender equality:**
- The bill includes $200 million for the Gender Equity and Equality Action Fund, $50 million to support women's leadership, $175 million to prevent and respond to gender-based violence, and $130 million to support the Women, Peace and Security Strategy.

**Afghan Special Immigrant Visa (SIV) Program:**
- The bill includes authority and direction for the Secretary of State to use the funding in this legislation to eliminate processing backlogs and expedite the adjudication of Afghan Special Immigrant (SIV) cases.

# Division L – Transportation-Housing & Urban Development

## Overview:

The 2022 Transportation, and Housing and Urban Development, and Related Agencies funding bill provides funding of $81 billion, an increase of $6.4 billion – more than 8 percent – above 2021. This includes a discretionary increase of $4 billion for the Department of Housing and Urban Development and $1.6 billion for the Department of Transportation. In total, the bill provides $157 billion in budgetary resources, an increase of $20.3 billion above 2021. The legislation:

- Creates tens of thousands of good-paying American jobs by rebuilding our crumbling infrastructure with significant investments in airports, highways, transit, passenger rail, and port systems.
- Fully implements the historic investments in the Infrastructure Investment and Jobs Act.
- Grows opportunity through homeownership and rental assistance, including up to 25,000 new housing choice vouchers targeted to individuals and families experiencing or at risk of homelessness and over 4,000 new units for seniors and persons with disabilities.
- Supports the vulnerable with public housing safety, maintenance and improvement investments, such as the remediation of lead paint and radon.
- Promotes safe transportation and housing with a skilled and growing workforce to conduct inspections, mitigate hazards, and study emerging threats and innovative solutions.
- Reduces emissions, increases resiliency, and addresses historical inequities in transportation and housing programs through targeted grants and investments.

## Bill Summary:

**Department of Transportation (DOT)—**For fiscal year 2022, the bill provides a total of $102.9 billion in budgetary resources for DOT – an increase of $16.2 billion above the fiscal year 2021 enacted level and $15.9 billion above the President's 2022 budget request. The legislation:

- Creates and leverages tens of thousands of additional jobs in construction and related industries.
- Improves the safety of our highways, aviation, transit, rail, and port systems.
- Fixes roads and highways, expands bicycle and pedestrian infrastructure, supports Federal auto safety programs, and invests in the transit state of good repair, consistent with the Infrastructure Investment and Jobs Act.

The bill includes:
- $775 million for **National Infrastructure Investments (RAISE/TIGER/BUILD)**, including not less than $20 million for grants to assist areas of persistent poverty and historically disadvantaged communities. An additional $25 million is included for a new technical assistance and capacity building program to spur **Thriving Communities** nationwide.
- Robust increases for **Research and Technology** to expand research on ways to create more equitable access to transportation systems, combat climate change, and reduce greenhouse gas emissions, as well as a 79 percent increase in **cybersecurity initiatives** to safeguard our transportation systems. An additional $5 million to support the **Highly Automated Systems Safety Center of Excellence** to coordinate DOT's technical expertise around automated systems.
- Improvements to our aviation system by providing $18.1 billion for the **Federal Aviation Administration (FAA)**, $495 million above fiscal year 2021, including $1.5 billion for **Aviation Safety** and $554 million for discretionary **Airport Improvement Grants and projects**.
- $57.5 billion for the **Federal Highway Administration** for formula programs funded from the Highway Trust Fund that improve the safety and long-term viability of our nation's highway systems, consistent with the Infrastructure Investment and Jobs Act, and $2.4 billion for **Highway Infrastructure Programs and projects**.
- $856 million for the **Federal Motor Carrier Safety Administration** and $1.2 billion for the **National Highway Traffic Safety Administration** to make trucks, cars, and the nation's roads safer, consistent with the Infrastructure Investment and Jobs Act.
- Advances the safety and reliability of our passenger and freight rail systems by providing $3.3 billion for the **Federal Railroad Administration**, an increase of $504 million above fiscal year 2021. This includes $625 million for the **Consolidated Rail Infrastructure and Safety Improvements** grant program, $250 million above fiscal year 2021. It also provides $2.3 billion for **Amtrak**, $331 million above fiscal year 2021, including $874.5 million for **Northeast Corridor Grants** and $1.45 billion for **National Network Grants**.
- $16.3 billion for the **Federal Transit Administration**, including $13.4 billion for **Transit Formula Grants** to expand bus fleets and increase the transit state of good repair, consistent with the Infrastructure Investment and Jobs Act; $2.3 billion for **Capital Investment Grants**, $234 million above fiscal year 2021; and $504.3 million for **Transit Infrastructure Grants and projects**.
- $1.3 billion for the **Maritime Administration**, $81 million above fiscal year 2021, including $318 million for the **Maritime Security Program**, $60 million to establish the **Tanker Security Program**, $234 million for the **Port Infrastructure Development Program**, and $380.6 million for **schoolship construction** and related shore-side infrastructure, which fully funds the fifth and final schoolship.
- Community projects identified by more than 145 Members of Congress and 62 Senators on both sides of the aisle that increase the safety and viability of our airports, highways, rails, and transit systems.

**Department of Housing and Urban Development (HUD)**—For fiscal year 2022, the bill provides a total of $53.7 billion for HUD – an increase of $4 billion above fiscal year 2021. The legislation:

- Expands housing choice vouchers to up to 25,000 low-income individuals and families experiencing or at risk of homelessness, including survivors of domestic violence and veterans.
- Protects housing assistance for more than 4.8 million individuals and families to ensure they continue to remain in safe, stable, and affordable housing.

- Includes $11 billion in funding for new affordable housing, critical health, safety, and maintenance improvements to ensure the safety and quality of public and low-income housing, and community development activities, including $360 million to construct over 4,000 new affordable housing units for seniors and persons with disabilities, $1.5 billion in direct funding to states and local governments through the HOME Investment Partnerships Program, and significantly increases investments in distressed neighborhoods through the Choice Neighborhoods Initiative program.

The bill includes:
- $27.4 billion for **Tenant-based Rental Assistance** to continue to serve more than 2.3 million very low- and extremely low-income households nationwide. This level of funding also includes $200 million to expand housing assistance to up to 25,000 low-income families, including individuals and families experiencing or at risk of homelessness, including survivors of domestic violence and veterans. A combined $55 million is provided for the **HUD/VA Supportive Housing for Homeless Veterans** and **Native American Veterans** programs.
- $8.45 billion for **Public Housing**, $645.5 million above fiscal year 2021, including $3.2 billion to meet the full annual capital accrual need in order to improve the quality and safety of public housing for more than 2 million residents.
- $450 million for **Housing Opportunities for Persons with AIDS**, to protect housing and services for more than 75,000 low-income people living with HIV, an increase of $20 million above fiscal year 2021 and equal to the President's budget request.
- A 75 percent increase in investments to revitalize low-income housing and distressed communities through the **Choice Neighborhoods Initiative**, providing $350 million, an increase of $150 million above fiscal year 2021.
- An increase in supportive services for HUD-assisted households to improve their connections to jobs, healthcare, and educational opportunities by providing $159 million for **Self-Sufficiency Programs**.
- Expanded housing options and improved living conditions for tribal communities by providing $1 billion for **Native American Programs**, an increase of $177 million above fiscal year 2021 and an additional $22.3 million for the **Native Hawaiian Housing Block Grant** program.
- $10 billion for **Community Planning and Development**, an increase of $1.75 billion above fiscal year 2021, including $3.3 billion for **Community Development Block Grants**. This also includes $1.5 billion for the **HOME Investment Partnerships Program** which has helped preserve approximately 1.33 million affordable homes, an increase of $150 million above fiscal year 2021.
- More than 18,000 new housing options for people at risk of or experiencing homelessness while also continuing assistance to over 750,000 people experiencing homelessness and more than 350,000 individuals in emergency shelters, by including $3.2 billion for **Homeless Assistance Grants**, an increase of $213 million above fiscal year 2021.
- $13.9 billion for **Project-based Rental Assistance** to continue to house more than 1.2 million very low- and low-income households nationwide, an increase of $475 million above fiscal year 2021. An additional $1 billion is provided for **Housing for the Elderly** to build approximately 2,200 new affordable housing units for low-income seniors and $352 million for **Housing for Persons with Disabilities** to construct approximately 1,800 new affordable housing units for persons with disabilities.
- $57.5 million for **Housing Counseling** assistance for renters, homeowners, and those considering homeownership and $145.4 million for **Policy Development and Research**, including $20 million to continue legal aid assistance for eviction prevention, a combined increase of $40.4 million above fiscal year 2021.
- Increased enforcement in fair housing by providing $85 million for **Fair Housing and Equal Opportunity**, an increase of $12 million above fiscal year 2021 and equal to the President's budget request.
- $415 million for the **Office of Lead Hazard Control and Healthy Homes**, an increase of $55 million above fiscal year 2021, including $5 million to continue a radon testing and mitigation demonstration

program for public housing and $25 million to initiate a new demonstration program to conduct inspections for lead in housing choice voucher units.

- Community projects identified by more than 265 Members of Congress and 60 Senators on both sides of the aisle to support a variety of targeted housing, economic, and community development investments.

**Related Agencies**—The bill provides $398 million for the related agencies in the bill, including $166 million for **NeighborWorks** to support unique solutions to expand affordable housing options, increase housing counseling assistance, and strengthen economic development. To strengthen the Federal coordination of assistance to people experiencing or at risk of homelessness, the bill includes $3.8 million for the **U.S. Interagency Council on Homelessness**.