# Exhibit 14

Services     For Business     Resources     About Rev     Pricing     Get Started     Request a Demo

ranscription     Closed Captions     Accessibility     Technology     Explore by Category or Topic

Home  >  Congressional Testimony  >  Russell Vought Confirmation Hearing

# Russell Vought Confirmation Hearing

Russell Vought testifies at Senate confirmation hearing for OMB director. Read the transcript here.


WATCH LIVE: Russell Vought testifie…


## Hungry For More?

Luckily for you, we deliver. Subscribe to our blog today.

Your Email*

Subscribe

### SHARE THIS POST

    

### Copyright Disclaimer

Under Title 17 U.S.C. Section 107, allowance is made for "fair use" for purposes such as

Dr. Paul (00:00):

... [inaudible 00:00:00] every six months. Now, for the first time in history, servicing our debt has come at a cost that is more than our entire defense budget. Interest now exceeds our military budget. This isn't sustainable. The Office of Management and Budget, or OMB, is the largest office within the Executive Branch, with the primary responsibility of producing a workable budget for the president. Unfortunately, over the past four years, OMB failed to address our nation's fiscal situation, and in fact took actions that accelerated the country's fiscal crisis.

follow this law in the future. So my question for you, sir, is, if you are confirmed as OMB director again, do you commit to follow the law and not allow OMB to withhold funding from programs that Congress has appropriated?

Russell Vought (17:29):

Senator, thanks for the question. I will always commit to upholding the law. I disagree with the characterization of the General Accounting Office. My time at OMB, we followed the law consistently and we will continue to do so

Senator Peters (17:43):

So that you can withhold funds that are appropriated by Congress, you think that's within the law?

Russell Vought (17:47):

Again, Senator, we did not hold, inappropriately, funds. We were engaged in a policy process with regard to how funding would flow to Ukraine. We released the funding by the end of the fiscal year.

Senator Peters (18:01):

Do you believe the Impoundment Control Act of 1974 is the law of the land that you must follow?

Russell Vought (18:07):

It is the law of the land. As you know, the President has run on that issue. He believes it's unconstitutional. For 200 years, presidents had the ability to spend less than an appropriation if they could do it for less. And we have seen the extent to which this law has contributed to waste, fraud, and

abuse. But as it pertains to the parameters of how we would use that, that's something that his team will have to consider when they're confirmed in these roles.

Senator Peters (18:33):

So you know that the Impoundment Control Act has created a process that's been held by courts over and over again. Courts in Train versus City of New York have consistently rejected attempts by presidents to withhold funds unless Congress clearly allows it. And Clinton versus New York also determined that laws which allow the president to unilaterally cancel appropriations are unconstitutional. Correct me if I'm wrong, but is there anywhere in the Constitution gives the OMB director to determine whether or not a law is unconstitutional?

Russell Vought (19:05):

Again, there are 200 years of practice by the presidents of the United States have used this-

Senator Peters (19:10):

So you're saying these courts are wrong? That's fine if they're wrong, but these are the laws of the land right now.

Russell Vought (19:15):

I'm aware that they're the laws of the land and the caseload that is on the books. And this is something that the administration will consider when they're in these roles, if confirmed.

Senator Peters (19:24):