UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT,<br><br>            Plaintiff,<br><br>    v.<br><br>U.S. OFFICE OF MANAGEMENT & BUDGET et al.,<br><br>            Defendants. | Case No. 1:25-cv-01111 |

**[PROPOSED] ORDER**

Before this Court is Plaintiff's Motion for a Preliminary Injunction or in the Alternative Partial Summary Judgment. Defendants are the Office of Management and Budget (OMB) and Russell T. Vought, the Director of OMB. The Court hereby **GRANTS** Plaintiff's Motion.

It is **DECLARED** that Defendants' removal of the information and data required to be disclosed in a particular manner and in particular timeframes by the Consolidated Appropriations Act of 2022 (the "2022 Appropriations Act") and the Consolidated Appropriations Act of 2023 (the "2023 Appropriations Act") (hereinafter, the "Public Apportionments Database") violates the 2022 and 2023 Apportionment Acts; and it is further

**ORDERED** that Defendants shall restore the Public Apportionments Database and make publicly available the apportionment information required to be disclosed by the 2022 and 2023 Appropriations Acts; and it is further

**ORDERED** that Defendants are **ENJOINED** from removing the Public Apportionments Database and the apportionment information required to be disclosed by 2022 and 2023 Appropriations Acts from a publicly accessible website without statutory authorization.

So ordered, this _____ day of May, 2025.

_____
The Honorable Emmet G. Sullivan
United States District Judge