IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>    Defendants. | Case No. 1:25-cv-01111-EGS |

**[PROPOSED] ORDER**

The Court, having fully considered Plaintiff's Motion for Preliminary Injunction or in the Alternative Partial Summary Judgment and the parties' respective submissions in support thereof and in opposition thereto, HEREBY ORDERS that the Motion be DENIED.

IT IS SO ORDERED, this _____ day of _____, 2025.

_____
Hon. Emmet G. Sullivan
Senior United States District Judge