# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT,<br><br>                    Plaintiff,<br><br>     v.<br><br>U.S. OFFICE OF MANAGEMENT & BUDGET et al.,<br><br>                    Defendants. | Case No. 1:25-cv-01111 |

### SUPPLEMENTAL DECLARATION OF WILLIAM P. FORD

I, William P. Ford, declare as follows:

1. I am a policy advocate at the Protect Democracy Project (Protect Democracy). The statements made in this supplemental declaration are based on my personal knowledge and my understanding of information made available to me pursuant to my duties at Protect Democracy.

2. Since Defendants took down OMB's public apportionment website on or around March 24, 2025, Protect Democracy has suffered several harms. These include, but are not limited to, the following:

    a. Protect Democracy has invested substantial time, resources, and money into building, maintaining, and operating OpenOMB.org (OpenOMB). However, because Defendants have stopped disclosing apportionments, OpenOMB is now of considerably less value because it cannot serve its core function of making it easier to track OMB's apportionments. OpenOMB is now only an archive of

1

apportionments from a fixed period of time, rather than a tool that "make[s] oversight of OMB's apportionments easier for Congress, the press, and the public" on an ongoing basis. *See About OpenOMB*, OpenOMB.org/about (last visited May 4, 2025).

b. Protect Democracy pays approximately $175 per month to host OpenOMB on Amazon Web Services. Since Defendants stopped disclosing apportionments, Protect Democracy has incurred these costs without enjoying the core benefit of OpenOMB, which is to make it easier to track ongoing developments in OMB's apportionments.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2025.

/s/ *William P. Ford*
William P. Ford
Policy Advocate
Protect Democracy

2