## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PROTECT DEMOCRACY PROJECT,

                  Plaintiff,

      v.

U.S. OFFICE OF MANAGEMENT & BUDGET
et al.,

                  Defendants.

Case No. 1:25-cv-01111

### NOTICE OF WITHDRAWAL OF SUPPLEMENTAL BRIEF

On June 4, 2025, Plaintiff Protect Democracy filed a Supplemental Brief in response to the Court's June 1, 2025 Minute Order, which set a deadline for Plaintiff to file that brief by 5:00 pm on June 4. Shortly thereafter, the Court granted the parties' Joint Motion to Extend Supplemental Briefing Deadlines. *See* June 4, 2025 Minute Order. That Order moves the deadline for Plaintiff's Supplemental Brief from 5:00 pm on June 4 to 12:00 pm on June 9.

Accordingly, Plaintiff hereby notifies the Court that it withdraws its Supplemental Brief at ECF No. 26. Plaintiff will file a new Supplemental Brief by 12:00 pm on June 9, in accordance with the Court's Order.

Dated: June 5, 2025

        */s/ Daniel F. Jacobson*      .
        Daniel F. Jacobson (D.C. Bar # 1016621)
        Kyla M. Snow*
        JACOBSON LAWYERS GROUP PLLC
        1629 K Street NW, Suite 300
        Washington DC, 20006
        (301) 823-1148
        dan@jacobsonlawyersgroup.com

\* Not admitted in the District of Columbia. Practice limited to matters before U.S. courts. (admitted *pro hac vice*)

*Counsel for Plaintiff Protect Democracy*