UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. OFFICE OF MANAGEMENT & BUDGET et al.,<br><br>Defendants. | Case No. 1:25-cv-01111 |

**[PROPOSED] ORDER**

Before this Court is Plaintiff's Motion for a Preliminary Injunction or in the Alternative Partial Summary Judgment. Defendants are the Office of Management and Budget (OMB) and Russell T. Vought, the Director of OMB. The Court hereby **GRANTS** Plaintiff's Motion. The Court ORDERS that:

The Court **VACATES and SETS ASIDE** under 5 U.S.C. § 706 Defendants' actions to remove its Public Apportionments Database and to cease publicly posting apportionment information in the manner and on the timeline specified by the 2022 and 2023 Appropriations Acts[1];

The Court **PERMANENTLY ENJOINS** Defendants from removing from the Public Apportionments Database and from ceasing to publicly post apportionment information in the manner and on the timeline specified by the 2022 and 2023 Appropriations Acts;

---

[1] Pub. L. No. 117-103, div. E, tit. II, § 204(b)-(c), 136 Stat. 49, 256-57 (2022) (codified at 31 U.S.C. § 1513 note) (2022 Appropriations Act); Pub. L. No. 117-328, div. E, tit. II., § 204, 136 Stat. 4459, 4667 (2022) (codified at 31 U.S.C. § 1513 note) (2023 Appropriations Act).

1

2

The Court **DECLARES** that Defendants' actions to remove the Public Apportionments Database and to cease publicly posting apportionment information in the manner and on the timeline specified by the 2022 and 2023 Appropriations Acts violates those Acts.

So ordered, this _____ day of June, 2025.

_____
The Honorable Emmet G. Sullivan
Senior United States District Judge