IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICE OF MANAGEMENT AND ) <br> BUDGET, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:25-cv-01111-EGS |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' answer or responsive pleading to the complaint is due on June 20, 2025. Defendants ask that the Court extend Defendants' deadline by 30 days such that Defendants' answer would be due Monday July 21, 2025.

Good cause exists for this request. Defendants require additional time in order fully evaluate the allegations of the complaint and confer with the appropriate agency personnel. Extending the deadline at the current procedural posture will be efficient for the parties and the Court. Plaintiff will not be prejudiced by the requested extension as it will not delay the relief Plaintiff seeks in its pending motion.

Accordingly, Defendants respectfully ask for an extension until July 21 to respond to Plaintiff's complaint.

//

Counsel for Defendants contacted counsel for Plaintiff regarding this motion, and Plaintiff does not oppose the requested relief.

Dated: June 16, 2025

                                          Respectfully submitted,

BRET A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Carmen M. Banerjee*
CARMEN M. BANERJEE
(D.C. Bar #497678)
HEIDY L. GONZALEZ
(FL Bar #1025003)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-3183
Fax: (202) 616-8460
Email: carmen.m.banerjee2@usdoj.gov

*Attorneys for Defendants*