IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 1:25-cv-01111-EGS |

**[PROPOSED] ORDER**

Having considered Defendants' unopposed motion to extend the deadline to respond to Plaintiff's complaint, and for good cause shown, IT IS HEREBY ORDERED:

Defendants' motion is GRANTED. Defendants shall file their responsive pleading by July 21, 2025.

SO **ORDERED**.

Dated: _____

_____
Hon. Emmet G. Sullivan
United States District Senior Judge

1