UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>   Defendants. | Civil Action No. 25-1111 (EGS) |

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated in the Memorandum Opinion and Order docketed on July 21, 2025, it is hereby

**ORDERED** that the Clerk shall enter final judgment in favor of Plaintiff and against Defendants. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed: Emmet G. Sullivan**
    **United States District Judge**
    **July 25, 2025**