AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Protect Democracy Project )
*Plaintiff* )
v. ) Civil Action No. 25-1111 (EGS)
Office Of Management And Budget, et al., )
*Defendant* )

**FILED** JUL 2 8 2025
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: ORDERED that the Clerk shall enter final judgment in favor of Plaintiff and against Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Emmet G. Sullivan on a motion for Preliminary Injunction or in the Alternative Partial Summary Judgment

Date: 07/28/2025

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*