UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT, *Plaintiff*, v. U.S. OFFICE OF MANAGEMENT & BUDGET, et al., *Defendants*. | Case No. 1:25-cv-01111 |

**PLAINTIFF PROTECT DEMOCRACY'S MOTION TO ENFORCE**

Plaintiff Protect Democracy Project ("Protect Democracy") hereby moves to enforce the District Court's injunction issued on July 21 requiring Defendants Office of Management and Budget (OMB) and OMB Director Russell Vought to "restore the Public Apportionments Database and make publicly available the apportionment information required to be disclosed by the 2022 and 2023 Acts." Order 2, ECF No. 33. Counsel for Plaintiff conferred with counsel for Defendants, who stated that they oppose this motion. A proposed order is attached.

Dated: September 19, 2025

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar # 1016621)
Kyla M. Snow
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW, Suite 300
Washington DC, 20006
(301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for Plaintiff Protect Democracy*