UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. OFFICE OF MANAGEMENT & BUDGET, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-01111 |

**[PROPOSED] ORDER**

Before the court is Plaintiff Protect Democracy's Motion to Enforce against Defendants Office of Management and Budget (OMB) and OMB Director Russell T. Vought. The Court hereby **GRANTS** Plaintiff's Motion.

It is **ORDERED** that Defendants shall comply with the Court's order of July 21, 2025 by publicly disclosing, for all existing and future apportionments subject to disclosure under the 2022 and 2023 Consolidated Appropriations Acts, agency spend plans where OMB has made the contents of the spend plans conditions of the apportionment that are legally binding under the Antideficiency Act;

It is further **ORDERED** that Defendants shall submit a status report, within 5 business days of this order, confirming that they have complied with this order by posting the qualifying spend plans for all existing apportionments, and by ensuring that procedures are in place to post all qualifying future spend plans in accordance with order.

1

So ordered, this _____ day of September, 2025.

                                                      _____
The Honorable Emmet G. Sullivan
United States District Judge