IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>OFFICE OF MANAGEMENT AND )<br>BUDGET, et al., )<br>)<br>    Defendants. )<br>_____) | Case No. 1:25-cv-01111-EGS |

**DEFENDANTS' OPPOSITION TO PROTECT DEMOCRACY'S MOTION FOR RELIEF FROM THE DISTRICT COURT'S OCTOBER 1 STANDING ORDER**

Executive Branch employees "are generally prohibited, with limited exceptions, from working during the pendency of the lapse in appropriations, even on a voluntary basis." *In re: Stay of Civil Proceedings Involving the United States in Light of Lapse of Appropriations*, Standing Order No. 25-55 (Oct. 1, 2025) (Boasberg, J.). Exceptions are limited to "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342 ("As used in this section, the term 'emergencies involving the safety of human life or the protection of property' does not include ongoing, regular functions of government the suspension of which would not imminently threaten the safety of human life or the protection of property.").

Because Plaintiff's Motion to Enforce, ECF No. 41, does not present any imminent threat to the safety of human life or the protection of property, employees of the Department of Justice and the Office of Management and Budget are not authorized to work on this matter during the pendency of the lapse in appropriations. Moreover, Chief Judge Boasberg's October 1, 2025, order stays the deadline for Defendants' response to Plaintiff's Motion to Enforce. The instant Motion for Relief should be denied.

Dated: October 7, 2025

                                          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ (FL Bar #1025003)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*