**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. OFFICE OF MANAGEMENT & BUDGET, et al.,<br><br>Defendants. | Case No. 1:25-cv-01111 |

**[PROPOSED] ORDER**

On consideration of Plaintiff's Motion for Court to Set Compliance Deadlines, it is hereby:

**ORDERED** that Plaintiff's motion is **GRANTED**.

It is further **ORDERED** that, going forward, Defendants shall post in the Public Apportionments Database all spend plans whose terms are incorporated by reference into legally binding apportionment documents within two days of when the apportionment is approved; if a new spend plan is incorporated by reference into a previously approved apportionment document, or an incorporated-by-reference spend plan is revised, Defendants shall post the spend plan in the Public Apportionments Database within two days of when the spend plan is approved or revised; and it is further

**ORDERED** that, within one week of this Order, Defendants shall post in the Public Apportionments Database all other spend plans incorporated by reference into legally binding apportionment documents since January 28, 2026; and it is further

**ORDERED** that, within two weeks of this Order, Defendants shall post in the Public Apportionments Database spend plans incorporated by reference into legally binding apportionment documents between March 24, 2025, and January 28, 2026, inclusive.

**SO ORDERED**.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE


Dated: _____, 2026